**United States Bankruptcy Court**
_____**DISTRICT OF** Nevada_____

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hidden Splendor Resources, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**None** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social-Security/Complete EIN or other Tax-I.D. No. (if more than one, state all): **88-0315046** | Last four digits of Social-Security/Complete EIN or other Tax-I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**50 West Liberty St. # 880**<br>**Reno, NV**    **89501-1977**<br>ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business: **Washoe** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   **mine near Helper, Utah**   **84526-0032**   ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)

_____

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [X] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**      THIS SPACE IS FOR COURT USE ONLY

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): Hidden Splendor Resources, Inc. |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form) 1 (12/07) | Page 3 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Hidden Splendor Resources, Inc. |
|---|---|

| **Signatures** ||

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)
John White, Esq.

Firm Name
White Law Chartered

Address
335 W. 1st. St.
Reno, NV 89503

Telephone Number
775-322-8000

Date 10/15/07

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual
Ann Walker

_____
Title of Authorized Individual
President

Date 10/15/07

## Resolution of Hidden Splendor Resources, Inc. to File
## Chapter 11 Reorganization

WHEREAS, Hidden Splendor Resources, Inc. ("Hidden Splendor") is insolvent in the sense that it is unable to pay its debts when due, and

WHEREAS, Hidden Splendor and its creditors would best be served by reorganization under Chapter 11 of the Bankruptcy Code, be it:

RESOLVED, that Hidden Splendor file as soon as practicable for reorganization pursuant to Chapter 11 of the Bankruptcy Code, and;

RESOLVED that Ann Walker, President of Hidden Splendor, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of Hidden Splendor, and;

RESOLVED that Ann Walker, President, is authorized and directed to appear in all bankruptcy proceedings on behalf of Hidden Splendor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Hidden Splendor in connection with such bankruptcy case, and;

RESOLVED, that Ann Walker, President, is authorized and directed to retain White Law Chartered, a law firm in the City of Reno, State of Nevada, to represent Hidden Splendor in the reorganization proceedings.

The undersigned hereby certifies that he is, respectively, the duly elected and qualified Secretary and the custodian of the books and records and seal of Hidden Splendor Resources, a corporation duly formed pursuant to the laws of the state of Nevada on May 30, 1990, and of Reddi Brake Supply Corporation, a Nevada Corporation and owner of 100% of the stock of Hidden Splendor Resources, and that the foregoing is a true record of resolutions duly adopted at meetings of both of said corporations' Board of Directors, that said meetings were held in accordance with Nevada state law and the Bylaws of the above-named corporations on October 15, 2007, and that said resolutions are now in full force and effect without modification or rescission.

IN WITNESS WHEREOF, I have executed my name as Secretary and have hereunto affixed the corporate seal of the above-named corporations this 15th day of October, 2007.

Alexander H. Walker, Jr., Secretary of Hidden Splendor Resources, Inc,

Alexander H. Walker, Jr., Secretary of Reddi Brake Supply Corporation.

1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District Of ___Nevada_____

In re **Hidden Splendor Resources, Inc.,**
Debtor

Case No. _____

Chapter ___11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

See following pages

Date: ___10-15-2007_____

Hidden Splendor Resources, Inc.
Debtor

*[Declaration as in Form 2]*

Official Form 4
11/92

# United States Bankruptcy Court
## District of Nevada

In re  Hidden Splendor Resources, Inc.

Debtor

Case No. _____

Chapter  11 _____

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or deptartment of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>PO Box 660264<br>Dallas, TX 75266-0264 | Internal Revenue Service<br>PO Box 660264<br>Dallas, TX 75266-0264 | Excise & Payroll taxes | | $1,358,937.05 |
| Howard Kent<br>261 E. 300 South, #350<br>Salt Lake City, UT 84111 | Howard Kent<br>261 E. 300 South, #350<br>Salt Lake City, UT 84111 | Loan | | $800,000.00 |
| Minerals Management Services<br>P.O. Box 5810<br>Denver, CO 80217-5810 | Lee Ann Martin<br>303-231-3313<br>Minerals Management Services<br>P.O. Box 5810<br>Denver, CO 80217-5810 | Royalty on coal sold (Government contract) | | $239,911.31 |
| Jennmar Corporations<br>PO Box 640339<br>Pittsburgh, PA 15264 | Art Craven, Sales Rep.<br>970-260-2495   Fax: 970-245-1030<br>Jennmar Corporations<br>PO Box 640339<br>Pittsburgh, PA 15264 | Parts Vendor | | $181,459.97 |

Official Form 4
11/92

In re **Hidden Splendor Resources, Inc.**          Case No. _____

                       Debtor        Chapter   **11**

# List  Of Creditors Holding 20 Largest Unsecured Claims

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pierce Oil<br>P.O. Box 792<br>332 West Railroad Ave.<br>Price, UT 84501 | Ellis Pierce<br>435-637-3211 Fax: 435-637-1121<br>Pierce Oil<br>P.O. Box 792<br>332 West Railroad Ave.<br>Price, UT 84501 | Supplies | | $163,105.13 |
| Fairmont Supply Company<br>PO Box 643438<br>Pittsburgh, PA 15264-343 | Gary Hansen<br>435-636-3100 Fax: 435-608-1886 or 1887<br>Fairmont Supply Company<br>PO Box 643438<br>Pittsburgh, PA 15264-343 | Supplies | | $149,824.76 |
| Industrial Electric Moto<br>225 West 500 South<br>PO Box 485<br>Orangeville, UT 84537 | Industrial Electric Moto<br>225 West 500 South<br>PO Box 485<br>Orangeville, UT 84537 | Supplies | | $144,730.47 |
| Tram Electric<br>PO Box 1626<br>Price, Utah 84501 | Lester/Terry/Tony/Debbie<br>435-637-7291Fax: 637-4663<br>Tram Electric<br>PO Box 1626<br>Price, Utah 84501 | Supplies | | $130,088.05 |
| Rockwood Casualty Insura<br>Attn: Accounts Payable<br>654 Main Street<br>Rockwood, PA 15557 | 814-926-4661Fax: 814-926-3027<br>Rockwood Casualty Insura<br>Attn: Accounts Payable<br>654 Main Street<br>Rockwood, PA 15557 | Worker's Comp Insurance | | $122,807.00 |
| Joy Mining Machinery<br>Mining Machinery Div.<br>P.O. Box 200283<br>Pittsburgh, PA 15251-028 | Ed Lin, PO Box 89, Wellington, UT 84542<br>435-637-6161<br>Joy Mining Machinery<br>Mining Machinery Div.<br>P.O. Box 200283<br>Pittsburgh, PA 15251-028 | Supplies | | $91,427.82 |

3

Official Form 4
11/92

In re **Hidden Splendor Resources, Inc.**

Debtor

Case No. _____

Chapter **11** _____

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or deptartment of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Dan R. Baker<br>PO Box 2000<br>Beaver, UT 84713 | Dan R. Baker<br>PO Box 2000<br>Beaver, UT 84713 | Independent Contractor (Debtor's Consultant) | | $87,128.82 |
| Echo Industries<br>P.O. Box 568<br>Price, UT 84501 | 435-637-9515 Fax: 435-637-9514<br>Echo Industries<br>P.O. Box 568<br>Price, UT 84501 | Vendor | | $78,672.94 |
| R.M. Wilson Company<br>P.O. Box 6274<br>Wheeling, WV 26003 | Judd Seikman<br>435-637-6950 Fax: 435-637-5123<br>R.M. Wilson Company<br>P.O. Box 6274<br>Wheeling, WV 26003 | Vendor | | $53,148.96 |
| FMC Technologies<br>PO Box 96138<br>Chicago, IL 60693 | FMC Technologies<br>PO Box 96138<br>Chicago, IL 60693 | Vendor | | $50,650.85 |
| TR Electric & Supply Com<br>339 Crestview Drive<br>Price, Utah 84501 | TR Electric & Supply Com<br>339 Crestview Drive<br>Price, Utah 84501 | Vendor | | $45,706.08 |
| GCR Price Tire Center<br>PO Box 717<br>1130 South Carbon Ave.<br>Price, Utah 84501 | 435-637-4846 Fax: 435-613-0693<br>GCR Price Tire Center<br>PO Box 717<br>1130 South Carbon Ave.<br>Price, Utah 84501 | Vendor | | $45,338.74 |
| Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134-0400 | Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134-0400 | Taxes | | 85,000 |

Official Form 4
11/92

In re <u>Hidden Splendor Resources, Inc.</u>

Debtor

Case No. _____

Chapter  <u>11</u>

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or deptartment of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Total Mining P.O. Box 1491 Price, Utah  84501 | Don Giacoletto 435-820-4027 Fax: 435-637-7336 Total Mining P.O. Box 1491 Price, Utah  84501 | Vendor | | ~~$XXXXX~~ $44,918.00 |
| Bookcliff Sales, Inc. PO Box 1010 Price, Utah 84501 | Bookcliff Sales, Inc. PO Box 1010 Price, Utah 84501 | Vendor | | $42,814.24 |
| Price Mine Services, Inc P.O. Box 922 Price, UT  84501 | 435-637-9300 Fax: 435-637-9300 Price Mine Services, Inc P.O. Box 922 Price, UT  84501 | Vendor | | $38,273.20 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Ann Walker, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _Oct. 15, 07_

Signature: _Ann Walker_

**Ann Walker ,President**
(Print Name and Title)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

IN RE:

Hidden Splendor Resources, Inc.

_____Debtor in Possession

Case No. BK-N 07-_ _ _ _ _ _-gwz
Chapter 11

VERIFICATION OF CREDITOR
MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of its knowledge.

Dated: October 15, 2007.

Hidden Splendor Resources, Inc.

By: Ann Walker,
President

Case Number _____

A & A Quality Parts
Attn: Vernon or Shiela
1110 Bluefield Ave.
Bluefield, WV  24701

Advance Mining
Attn: Patty
838 Third Street
Oakmont, PA   15139

Advanced Retirement Consultants
310 East 4500 South Suite 150
Salt Lake City, UT 84101

Airgas
PO Box 7430
Pasadena, CA 91109-7430

Andre Madigan
US EPA Region 8 Bankruptcy Contact
Legal Enforcement Program
999-18th St., Suite 300
Denver, Colorado 80202

Ann Ross
1080 North 300 East
Price, UT 84501

ARO Mining Products Inc. USA
Attn: Paul Spetting
201 Meadow Ridge Drive
Mt. Morris, PA 15349

Aurora Welding & Mfg., Inc.
PO Box 327
Aurora, UT 84620

Badlands Fab & Machine, Inc.
475 North Frontage Road
Helper, UT 84526

BC Leather Craft
Attn: Ben Darling
P.O. Box 511 260 South Hwy 55
Wellington, UT 84501

Best Deal Spring

Attn: Matt or Mark
415 East 100 North
Payson, UT 84651

Blake Fluhart
Attn: Blake Fluhart
Box 541
Price, UT 84501

Bookcliff Sales, Inc.
PO Box 1010
Price, UT 84501

CAP Logistics
P.O. Box 22207
Salt Lake City, UT 84122

Carbon Copy Center
53 So. 200 East
Price, UT 84501

Carbon Medical Service Association
P.O. Box 930
East Carbon, UT 84520

Carbon/Emery Telcom
PO Box 421
Orangeville, UT 84537

Carlson
102 W. Second St., Suite 200
Maysville, KY 41056

CarQuest of Price
PO Box 503589
St Louis, MO 63150

Castle Country Hydraulic & Supply
Attn: Santo, Cody or Micalena
PO Box 1035
Price, UT 84501

Castle Country Pumping
1086 West Main
Wellington, UT  84542

Castleview Hospital
300 North Hospital Drive
Price, UT 84501-4200

Cecil Ann Walker
Alex Walker Jr.
1700 Caronet Dr.
Reno, NV 89509

Chute Supply
PO Box 267 1935 N. Hwy 155
Cleveland, UT 84518

City Sanitation, Inc.
780 South 800 East
Price, UT 84501

CJ's Do It Center
710 East Main
Price, UT 84501

Colonial Supplemental Insurance
PO Box 1365
Columbia, SC 29202

Complete Supply
PO Box 336
Spanish Fork, UT 84660

Computer Services
1811 W 2000 N
Helper, UT 84526

Conveyor Services
Attn: Frank Pugliese or John
1080 East Airport Road
Price, UT 84501

Custom Supply
PO Box 911
Price, UT 84501

D & D Equipment & Supply Co.
1766 Kenilworth Road
Helper, UT 84526

D & L Distributing
2667 South 945 East
Price, UT 84501

Dan R Baker
PO Box 2000

Beaver, UT 84713

Davis Inotek Instruments, LLC
4701 Mount Hope Drive
Baltimore , MD 21215

DBT America, Inc.
3871 Paysphere Circle
Chicago, IL 60674

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Derald Riche
749 Castle Gate Road
Helper, UT 84526

Diamond Industrial Radiator
540 South 300 West
Price, UT 84501

Dinosaur Tire Service
PO Box 853
Price, UT 84501

Double D Bolt
1165 North 1565 West
Orem, UT 84057

ECDC Environmental, L.C.
Attn: Kristy Candelaria
Box 70053
Los Angeles, CA 90074-0053

Echo Industries
P.O. Box 568
Price, UT 84501

EIS Environmental Consulting
31 North Main Street
Helper, UT 84526

Electrical Contractors, Inc.
Attn: John Tomadakis
P.O. Box 606
Price, UT 84501

Endura Richfield Block & Brick Company
Attn: Gloria/Accounting
1595 South Airport Road
Richfield, UT 84701

Evco House of Hose
2375 South 300 West
Salt Lake City, UT 84115

Fairmont Supply Company
Attn: Gary Hansen
PO Box 643438
Pittsburgh, PA 15264-3438

Federal Express
PO Box 7221
Pasadena, CA 91109

Filter Service & Testing Corp.
PO Box 1466
Price, UT 84501

FMC Technologies
PO Box 96138
Chicago, IL 60693

Gallina LLP
1885 S Arlington Ste 105
Reno, NV 89509

GCR Price Tire Center
PO Box 717
Price, UT 84501

Genco Mine Services
PO Box 581
Huntington, UT 84528

Gena Jones
Senior Vice President
Zions First National Bank
1 South Main, Suite 500
Salt Lake City, UT 84111

General Transportation
PO Box 622
Price, UT 84501

Generator Starter Service & Supply

Attn: Kerry
50 East Center P.O. Box 155
Aurora, UT 84620

Genworth Financial
Box 6168
Carol Stream, IL 60197

Giacoletto Paul
P.O. Box 233
Price, UT 84501

Golden West Industries, Inc.
P.O. Box 761
Price, UT 84501-0761

Grako's American Car Care Ctr
Attn: Gary Grako
280 East Main
Price, UT 84501

Haycock Petroleum
Attn: Michelle Stoker/Credit
P.O. Box 340
Las Vegas, NV 89125

Hydraulic Repairs, Inc.
Attn: Doreen/Accounting
P.O. Box 577
Price, UT 84501

Industrial Electric Motor Service
225 West 500 South PO Box 485
Orangeville, UT 84537-0485

Industrial Supply
PO Box 30600
Salt Lake City, UT 84130

Intermountain Electronics
1503 South HWY 6
Price, UT 84501

Intermountain Farmers Association
P.O. Box 30168
Salt Lake City, UT 84130

Internal Revenue Service
Attn: Bankruptcy Unit

Stop 5028
110 City Parkway
Las Vegas, NV 89106

Internal Revenue Service
PO Box 105083
Atlanta, Georgia 30348-5083.

J&L Timber
Attn: Mike Dennis (Fin)
2285 W. 3500 No.
Helper, UT 84526

Jay-Max Sales
PO Box Q
Palisade, CO 81526

Jennmar Corporations
Attn: Art Craven/Sales Rep.
PO Box 640339
Pittsburgh, PA 15264

John M. Howa & Sons, Inc.
651 North Carbonville Road
Price, UT 84501

Joy Mining Machinery
Attn: Ed Liin
P.O. Box 200283
Pittsburg, PA  15251-0283

Joy/Stamler Products
1655 Payshpere Circle
Chicago, IL 60674

Kaman Industrial Technologies
Attn: Ron Jewkes
PO Box 74566
Chicago, IL 60690-8566

Kennametal, Inc.
Attn: Michael J. Porter #803684
Dept. CH10392
Palatine, IL 60055-0392

Kilfoyle
P.O. Box 917
Price, UT 84501

Knotts & Co.
P.O. Box 1335
Salem, UT 84653

LGM Sales and Service
35 North Main Street
Helper, UT 84526

LK Survey Instruments & Reprographics
575 25 Road
Grand Junction, CO 81505

Lewis Maldonado
US EPA Region 9 Bankruptcy Contact
Office of Regional Counsel, ORC-3
75 Hawthorne Street
San Francisco, CA 94105

Lon's Glass And Service
259 North Main
Helper, UT 84526

Love Floral
64 North 100 West
Price, UT 84501

Mac's Mining Repair Service
PO Box 480
Huntington, UT 84528

McMaster Carr
9630 Norwalk Boulevard
Santa Fe Springs, CA 90670-2932

Mid-State Services
50 W. Liberty St., # 880
Reno, NV 89501

Miller Creek Lumber
Attn: Scott or Jamie Bradford
7007 So. 4750 East
Price, UT 84501

Mine Hydraulics, Inc
PO Box 634 3
Castle Dale, UT 84513

Mine Safety & Health Administration
1100 Wilson Boulevard

Arlington, VA 22209-3939

Mine Systems Co.
Attn: Gary Taylor or Joleen
PO Box 976
Price, UT 84501

Minerals Management Services
Attn: Lee Ann Martin
P.O. Box 5810
Denver, CO 80217-5810

Minewest Sales & Service
P.O. Box 218
Wellington, UT 84542

Minova USA, Inc.
P.O. Box 1996
Lexington, KY 40588

Mod Space
Attn: Mishele Mitchell
P.O. Box 641595
Pittsburgh, PA 15264-1595

Monsen Engineering Inc. - Utah
960 South Main
Salt Lake City, UT 84101

Morgantown Machine & Hydraulics
Attn: Rachel
2608 Smithtown Road
Morgantown, WV 26508

Motion Industries
1414 So. Gladiola St. Suite 300
Salt Lake City, UT 84104

Mount Olympus Water
1357 South 320 East
St. George, UT 84790

Mountain States Machinery
P.O. Box 550
Price, UT 84501

NAPA
125 South Hwy 55
Price, UT 84501

National Fluid Power Institute
Attn: Dan Powell
8305 New England
Amarillo, TX 79119

Nevada Department of Taxation
Bankruptcy Section
4600 Kietzke Ln., Suite L-235
Reno, NV 89502

Nielson Construction Inc.
PO Box 620
Huntington, UT 84528

NL Technologies
Attn: Lori Currie
33 Laird Drive
Toronto, Ontario M4G3S9 Canada

OFFICE, ETC.
Attn: Lilly
55 E. Main
Price, UT 84501

PDM Steel Service Centers, Inc.
PO Box 280
Spanish Fork, UT 84660

Peterson Chemical & Janitorial, Inc.
Attn: Allen Peterson
373 South 1st West
Price, UT 84501

Petroleum Maintenance & Equipment
P.O. Box 761
Price, UT 84501

Pierce Oil
Ellis Pierce
P.O. Box 792 332 West Railroad Ave.
Price, UT 84501

Power Service of Utah
Attn: Kathy Khoury
1960 S. Milestone Drive unit C.
Salt Lake City, UT 84104

Praxair Distribution, Inc.

PO Box 120812 Dept 0812
Dallas, TX 75312

Price Mine Services, Inc
P.O. Box 922
Price, UT 84501

Qwest
PO Box 29013
Phoenix, AZ 85038

R.Jorgenson Company
Attn: Jeremy Jensen
2895 So. 300 West
Salt Lake City, UT 84115

R.M. Wilson Co
Attn: Judd Seikman
P.O. Box 6274
Wheeling, WV 26003

Regence BlueCross BlueShield of Utah
Attn: Cash Services
PO Box 30009
Salt Lake City, UT 84130

Reis Environmental
1995 South 4490 West
Salt Lake City, UT 84120

Rockwood Casualty Insurance Company
Attn: Accounts Payable Department
654 Main Street
Rockwood, PA 15557

Saber Supply Company
P.O. Box 936
Beckley, WV 25801

Saminco
10030 Amberwood Road
Fort Myers, FL 33913-8501

Sandvik
Coal Dept. CH-10177
Palatine, IL 60055-0576

Secretary of the Treasury
1500 Pennsylvania Ave. NW

Washington, D.C. 20220

SGS
Attn: Co-Co
PO Box 2502
Carol Stream, IL 60132-2502

Sound Choice, Inc.
Attn: Christine Gilbert or David Patterson
224 10th Ave.
South Nampa, ID 83651

Southeast Applied Technology College
375 South Carbon Avenue A3
Price, UT 84501

Spectrum Paint
80 South 100 West
Price, UT 84501

St. Jude Resources, Inc
Attn: John Davis
1165 Devonshire Dr.
Madisonville, KY 42431

Staker Paving & Construction
PO Box 3429
Ogden, UT 84409

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, Nevada 89711

State Office of Recovery Services
P.O. Box 45033
Salt Lake City, UT 84145-0011

Steve Quintana.
41 East 600 South
Price, UT 84501

Sutherland
406 South Highway55
Price, UT 84501

Talco Trucking, Inc.
P.O. Box 6341
Rock Springs, WY 82901

Tillack Trucking
Attn: Russ Tillack
P.O. Box 182
Duchesne, UT 84021

Titan Starter Alternator
Attn: Marvin Burghardt
250 North 6th Ave.
Price, UT 84501

Total Mining
Attn: Don Giacoletto
P.O. Box 1491
Price, UT 84501

TR Electric & Supply Co.
339 Crestview Drive
Price, UT 84501

Tram Electric
Attn: Leslie/Terry/Tony/Debbie
PO Box 1626
Price, UT 84501

Tri County Fire
Attn: Becky/Jason
P.O. Box 309
Rifle, CO 81650

U.S. Office of Surface Mining
P.O. Box 360095M
Pittsburgh, PA 15251-7794

United Central Industrial Supply Company
PO Box 8300
Bristol, VA 24203

United States Attorney
100 W. Liberty Street #600
Reno, NV 89501

United States Trustee
300 Booth Street #2129
Reno, NV 89509

UPS
Lockbox 577
Carol Stream, IL 60132-0577

Utah Attorney General's Office
236 State Capital Bldg
SLC, Utah 84114

Utah Department of Workforce Services
Unemployment Insurance
140 East 300 South
P.O. Box 45233
Salt Lake City, Utah 84145-0233.

Utah State Tax Commission
Attn: Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-0400

Webster & Associates
Attn: Jim or Brent
P.O. Box 966
Englewood, CO 80151

Western Mine Tools, Inc.
Attn: Doug Simken or Jaime
PO Box 756
Price, UT 84501

Yellow Transportation, Inc
P.O. Box 730333
Dallas, TX 75373-0333