Official Form 6F (10/06) - Cont.

In re  Hidden Splendor Resources, Inc. ,   Case No.  Bk-N-07-51378-gwz
     Debtor                                             (if known)

Errata 11-15-07                 Exhibit B to 11-15-07 Errata

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Evco House of Hose<br>2375 South 300 West<br>Salt Lake City, UT 84115 | | | 8/31/07<br>Supplies<br><br>VALUE $ | | | | 516.08 |
| ACCOUNT NO<br><br>Fairmont Supply Company<br>Attn: Gary Hansen<br>PO Box 643438<br>Pittsburgh, PA 15264-3438 | | | 11/16/06<br>9/20/07<br>Major Supplies<br><br>VALUE $ | | | | 149,824.76 |
| ACCOUNT NO<br><br>Federal Express<br>PO Box 7221<br>Pasadena, CA 91109 | | | 9/08/07<br>Services<br><br>VALUE $ | | | | 216.99 |
| ACCOUNT NO.<br><br>Filter Service & Testing Corp.<br>PO Box 1466<br>Price, UT 84501 | | | 9/07/07<br>Services<br><br>VALUE $ | | | | 9,165.54 |
| ACCOUNT NO.<br><br>FMC Technologies<br>PO Box 96138<br>Chicago, IL 60693 | | | 11/14/06<br>3/25/07<br>Steel<br><br>VALUE $ | | | | 25,309.35<br>25,341.50 |
| ACCOUNT NO.<br><br>XXXXXX<br>XXXXX LLP<br>XXXXXXXXXXX XXXXX<br>Reno, NV 89509<br>XXXXXXXX | | | XXXXXX<br><br><br>VALUE $ | | | X | XXXXXXX |

Sheet no. 8 of 25 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims.

Subtotal ➤ $XXXXXXXX

Total ➤ $210,374.22
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data.)