Edmond "Buddy" Miller (Bar No. 003116)  
6490 S. McCarran Blvd.  
Bldg. C, Suite 26  
Reno, NV 89509  
Telephone: (775) 828-9898  
Facsimile: (775) 828-9893  
Email: bmiller@buddymillerlaw.com  
*Local Counsel for the Official Committee*  
*of Unsecured Creditors*

E-Filed on: 06/12/2008

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>HIDDEN SPLENDOR RESOURCES, INC., and MID-STATE SERVICES, INC.,<br><br>Debtors-in-Possession. | Case No.: BK-N-07-51378-GWZ<br>BK-N-07-51379-GWZ<br><br>*[Jointly Administered Under Case No. BK-N 07-51378-gwz]*<br><br>Chapter 11<br><br>**DECLARATION OF EDMOND BUDDY MILLER IN SUPPORT OF THE FIRST INTERIM FEE APPLICATION OF THE LAW OFFICE OF EDMOND BUDDY MILLER, LOCAL BANKRUPTCY COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF HIDDEN SPLENDOR RESOURCES, INC.**<br><br>Hearing Date: July 8, 2008<br>Hearing Time: 2:00 pm<br>Est. Time: 20 minutes |

I, Edmond "Buddy" Miller, hereby declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am an attorney licensed to practice law in the State of Nevada and the State of California. I am also admitted to practice in the United States District Court and Bankruptcy Court for the District of Nevada and in the United States Court of Appeals for the Ninth Circuit.

3. I am employed as local bankruptcy counsel for the Official Committee of Unsecured Creditors of Hidden Splendor Resources, Inc.

4. I am making this declaration in support of the *First Interim Fee Application of the Law Office of Edmond Buddy Miller, Local Bankruptcy Counsel for the Official Committee of Unsecured Creditors* (the "Committee") *of Hidden Splendor Resources, Inc.* (the "Application").

5. The Application seeks the allowance of compensation for and approval of the fees and expenses incurred by the Law Office of Edmond "Buddy" Miller (the "Miller Firm") as local bankruptcy counsel for the Committee during the period from November 2, 2007 through May 31, 2008 (the "First Fee Period").

6. I have reviewed the Application and am familiar with its contents. The facts set forth therein are true and accurate except as to those facts stated on information or belief.

7. Attached to the Application as Exhibit 2 is a true and correct copy of the Statement of Account from the Miller Firm for professional services rendered by the Miller Firm during the First Fee Period.

8. Attached to the Application as Exhibit 3 is a true and correct copy of the Statement of Account from the Miller Firm for expenses incurred by the Miller Firm during the First Fee Period.

9. I further declare that:

    (a) I am a disinterested person and do not represent or hold an interest adverse to the interests of the Estates on the matters for which I am employed;

    (b) No prohibited agreement or understanding exists between me or any of my employees and any other person or persons for a division of compensation in this proceeding;

    (c) No division of fees prohibited by Section 504 of the Bankruptcy Code has been or will be made;

    (d) No agreement prohibited by 18 U.S.C. §155 has been or will be made by me or any of my employees;

(e) No other prohibited division of compensation has been or will be made by me or any of my employees;

(f) The Application is submitted in accordance with the provisions of Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 12th day of June, 2008.

/s/ Edmond Buddy Miller
Edmond Buddy Miller, Esq.
*Local Counsel for the Official Committee of Unsecured Creditors*