**EXHIBIT "B"**

### Hidden Splendor Resources, Inc.
### Confirmation Balance Sheet

|  | December 8, 2008 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **DIP Zions Bank** | $ 118,785.39 |
| **Zions Bank** | |
| **Total Checking/Savings** | 118,785.39 |
| **Accounts Receivable** | |
| **Accounts Receivable** | 200,000.00 |
| **Total Accounts Receivable** | 200,000.00 |
| **Other Current Assets** | |
| **Petty Cash** | 5.51 |
| **Total Other Current Assets** | 5.51 |
| **Total Current Assets** | 174,190.90 |
| **Fixed Assets** | |
| **Asset Retirement Cost A/D** | (8,514.94) |
| **Mine Development** | 5,597,939.8 |
| **Mine Development A/D** | (84,024.01) |
| **Mining Equipment** | 9,972,012.99 |
| **Mining Equipment A\D** | (4,711,954.00) |
| **Shop Equipment** | 934,991.87 |
| **Shop Equipment A/D** | (440,635.00) |
| **Office Equipment** | 23,000.00 |
| **Office Equipment A\D** | (20,880.00) |
| **Vehicles** | 114,157.46 |
| **Vehicles A\D** | (68,726.00) |
| **Total Fixed Assets** | 11,307,368.17 |
| **Other Assets** | |
| **Asset Retirement Cost** | 127,728.58 |
| **Deposits** | 204,288.22 |
| **Mining Claims** | 222,000.00 |
| **Total Other Assets** | 554,016.80 |
| **TOTAL ASSETS** | **12,035,575.87** |

**LIABILITIES & EQUITY**

| | |
|---|---:|
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | 495,447.88 |
| **Total Accounts Payable** | 495,447.88 |
| **Credit Cards** | |
| **Hidden Splendor CC** | - |
| **Total Credit Cards** | - |
| **Other Current Liabilities** | |
| **Accrued Expenses** | |
| **Accrued Coal Excise Tax** | 127,757.09 |
| **Accrued Interest** | 258,802.60 |
| **Accrued Vacation** | 76,742.34 |
| **Payroll Liabilities** | 180,000.00 |
| **Accrued Expenses - Other** | 75,000.00 |
| **Total Accrued Expenses** | 718,302.03 |
| **Current Portion-LT Debt** | |
| **Due to American West Resources** | |
| **Zions Bank Revolving Loan** | |
| **Total Other Current Liabilities** | - |
| **Total Current Liabilities** | 1,213,749.91 |
| **Long Term Liabilities** | |
| **Zions Bank 9003** | 1,682,484.16 |
| **Zions Bank 9005** | 1,717,587.63 |
| **Zions Bank 9001** | 373,237.28 |
| **Zions Bank Arrearages** | 2,141,148.85 |
| **Kent (Secured)** | 500,000.00 |
| **General Unsecured** | 3,287,299.20 |
| **Priorty Unsecured** | 1,814,543.49 |
| **Asset Retirement Obligation** | 185,171.36 |
| **Total Long Term Liabilities** | 11,701,471.97 |
| **Total Liabilities** | 12,915,221.88 |
| **Equity** | |
| **Additional Paid in Capital** | 6,013,381.98 |
| **Capital Stock** | 5,295.00 |
| **Retained Earnings** | (6,168,071.34) |
| **Net Income** | (730,251.65) |
| **Total Equity** | (879,646.01) |
| **TOTAL LIABILITIES & EQUITY** | **12,035,575.87** |