**EXHIBIT "C-1"**

John White, Esq., S.B.#1741
White Law Chartered
Twentieth Century Building
335 West First St. Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Attorney for Debtor-in-Possession

E-filed on  Sept. 24,    2008

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:                                                )      Case No: 07-51378-gwz
                                                       )      Case No: 07-51379-gwz
                                                       )
                                                       )      *(Jointly Administered under Case No:*
HIDDEN SPLENDOR RESOURCES, INC., )       BK-N 07-51378-gwz)
and  MID-STATE SERVICES, INC.            )      Chapter  11
                                                       )
                        Debtors              )
                                                       )
_____ )

## AMENDMENT  TO HIDDEN  SPLENDOR  RESOURCES,  INC.  SCHEDULE  F

The following item has been amended in the above-named bankruptcy proceeding:

(x)  Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders

      (x) Add/delete creditor(s), change amount or classification of debt - $26.00
      Fee required: Amended  Schedule .F.
      (x) Add/change address of already listed creditor - No fee

### Declaration of Debtor

I declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my information and belief.

Date: 9/22/08

Alexander  Walker, III

WHITE  LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

*Amendment to HSRI Schedule F*

Official Form 6F   (10/06)

In re   Hidden Splendor Resources, Inc _____ ,      Case No. _____ 07-51378-gwz _____
                              Debtor                                                    (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zipcode, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has which the creditor is useful to the trustee and the creditor and may be provided if the debtor choose to do so.  If a minor child is a creditor, indicate by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of person described in Red. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint caise may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropiate schedule of creditors, and complete Schedule "H" - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" i the column labeled "Disputed." (You may need to place an "X" on more than once of this three columns.)

Report the total of all claims listed on this Schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also in the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of  Certain Liabilities and Related Data.

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND  ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT <br><br> A & A Quality Parts <br> 1110 Bluefield Ave. <br> Bluefield, WV  24701 | | | 3/09/07 <br> Parts | | | | 3,719.52 |
| ACCOUNT <br><br> Aaron Truscott | | | | | | | 0 |
| ACCOUNT <br><br> Allen Childs / Talon Resources | | | | | | | 21,200.00 |
| ACCOUNT <br><br> Ann Ross <br> 1080 North 300 East <br> Price, tu 84501 | | | c.c. Supplies | | | | 46,162.37 |
| ACCOUNT <br><br> Badlands Fab & Machine, Inc. <br> 475 North Frontage Road <br> Helper, UT 84526 | | | 7/05/07 <br> Rental | | | | 2,013.07 |

13 continuation sheets attached                                              Subtotal ► | 73094.96

Total ► | $
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical
Summary of  Certain Liabilities and Related Data.)

Official Form 6F (10/06)

In re  Hidden Splendor Resources, Inc                    Case No.          07-51378-gwz
                    ,                                                      (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### *(Continuation Sheet)*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>BC Leather Craft<br>Attn: Ben Darling<br>P.O. Box 511 260 South Hwy 55<br>Wellington, UT 84501 | | | 5/16/07<br>Repairs | | | | 1,088.85 |
| ACCOUNT<br>Best Deal Spring<br>415 East 100 North<br>Payson, UT 84651 | | | 8/08/07<br>Parts | | | | 3,467.51 |
| ACCOUNT<br>Blake Fluhart<br>Box 541<br>Price, UT 84501 | | | 9/08/07<br>9/17/07<br>Supplies | | | | 5,430.00 |
| ACCOUNT<br>Bookcliff Sales, Inc.<br>PO Box 1010<br>Price, UT 84501 | | | 4/14/07<br>Supplies | | | | 44,789.90 |
| ACCOUNT<br>CAP Logistics<br>P.O. Box 22207<br>Salt Lake City, UT 84122 | | | 5/29/07<br>Supplies | | | | 2,602.58 |
| ACCOUNT<br>CarQuest of Price<br>PO Box 503589<br>St Louis, MO 63150 | | | 8/10/07<br>Parts | | | | 0 |
| ACCOUNT<br>Carbon Copy Center<br>53 So. 200 East<br>Price, UT 84501 | | | 4/09/07<br>Services | | | | 0 |

13 continuation sheets attached                                      Subtotal ►  | 57378.84 |

Total ►  $

(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06)

In re  Hidden Splendor Resources, Inc        Case No.        07-51378-gwz
_____,                    _____
                                                         (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### *(Continuation Sheet)*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>Carbon/Emery Telcom<br>PO Box 421<br>Orangeville, UT 84537 | | | 9/20/07<br>Telephone | | | | 0 |
| ACCOUNT<br>Castle Country Hydraulics<br>PO Box 1035<br>Price, UT 84501 | | | 8/30/07<br>Services | | | | 21,261.58 |
| ACCOUNT<br>Castle Country Pumping<br>1086 West Main<br>Wellington, UT  84542 | | | 10/30/07<br>Services | | | | 0 |
| ACCOUNT<br>Chute Supply<br>PO Box 267 1935 N. Hwy 155<br>Cleveland, UT 84518 | | | 4/09/07<br>Supplies | | | | 1,973.25 |
| ACCOUNT<br>City Sanitation, Inc.<br>780 South 800 East<br>Price, UT 84501 | | | 9/19/07 | | | | 0 |
| ACCOUNT<br>CJ's Do-It-Center<br>710 East Main<br>Price, UT 84501 | | | 1/09/07<br>Parts | | | | 4,141.92 |
| ACCOUNT<br>Colonial Supplemental Insurance<br>PO Box 1365<br>Columbia SC 29202-1365 | | | 9/10/07<br>Insurance | | | | 0 |
| ACCOUNT<br>Complete Supply<br>PO Box 336<br>Spanish Fork, UT 84660 | | | 4/17/07<br>Tools | | | | 0 |

13 continuation sheets attached

Subtotal ► 27376.75

Total ► $

(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical Summary of  Certain Liabilities and Related Data.)

Official Form 6F (10/06)

In re Hidden Splendor Resources, Inc _____, Case No. 07-51378-gwz _____
(if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### *(Continuation Sheet)*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT <br> Conveyor Service <br> 1080 East Airport Road <br> Price, UT 84501 | | | 12/27/06 <br> Repairs | | | | 0 |
| ACCOUNT <br> Custom Supply <br> PO Box 911 <br> Price, UT 84501 | | | 7/17/06 <br> Supplies | | | | 0 |
| ACCOUNT <br> D & D Equipment & Supply <br> 1766 Kenilworth Road <br> Helper, UT 84526 | | | 4/10/07 <br> Repairs | | | | 19,497.33 |
| ACCOUNT <br> D&L Distributing <br> 2667 South 945 East <br> Price, UT 84501 | | | | | | | 1,356.80 |
| ACCOUNT <br> Davis Inotek Instruments, LLC <br> 4701 Mount Hope Drive <br> Baltimore , MD 21215 | | | 3/28/07 <br> Instruments | | | | 0 |
| ACCOUNT <br> DBT America, Inc. <br> 3871 Paysphere Circle <br> Chicago, IL 60674 | | | 5/30/07 <br> Supplies | | | | 24,653.84 |
| ACCOUNT <br> Dinosaur Tire Service <br> PO Box 853 <br> Price, UT 84501 | | | | | | | 1,045.15 |
| ACCOUNT <br> Double D Bolt <br> 1165 North 1565 West <br> Orem, UT 84057 | | | 6/14/07 <br> Supplies | | | | 0 |

13 continuation sheets attached

Subtotal ➤ 46553.12

Total ➤ $
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F  (10/06)

In re  Hidden Splendor Resources, Inc _____,  Case No.  _____07-51378-gwz_____
                                                                                (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### *(Continuation Sheet)*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>ECDC Environmental, L.C.<br>Box 70053<br>Los Angeles, CA 90074-0053 | | | 7/31/07<br>Services | | | | 1,288.43 |
| ACCOUNT<br>Echo Industries<br>P.O. Box 568<br>Price, UT 84501 | | | 1/02/07<br>Repairs | | | | 76,872.90 |
| ACCOUNT<br>EIS Environmental Consulting<br>31 North Main Street<br>Helper, UT 84526 | | | 4/02/07<br>Services | | | | 0 |
| ACCOUNT<br>Electrical Contractors, Inc.<br>P.O. Box 606<br>Price, UT 84501 | | | 5/31/07<br>Repairs | | | | 21,060.76 |
| ACCOUNT<br>Endura Richfield Block<br>1595 South Airport Road<br>Richfield, UT 84701 | | | | | | | 1,133.13 |
| ACCOUNT<br>Fairmont Supply<br>PO Box 643438<br>Pittsburgh, PA 15264-3438 | | | 11/16/06<br>9/20/07<br>Major Supplies | | | | 142,931.18 |
| ACCOUNT<br>Filter Service & Testing Corp.<br>PO Box 1466<br>Price, UT 84501 | | | 9/08/07<br>Services | | | | 9,165.54 |
| ACCOUNT<br>FMC Technologies<br>PO Box 96138<br>Chicago, IL 60693 | | | 11/14/06<br>3/25/07<br>Steel | | | | 25,341.50 |

13 continuation sheets attached

Subtotal ►   277793.44

Total ►   $
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06)

In re  Hidden Splendor Resources, Inc      Case No.      07-51378-gwz

                                                                                (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>Frank Calandra / Euler Hermes | | | | | | | 181,685.45 |
| ACCOUNT<br>Gallina LLP<br>1885 S Arlington Ste 105<br>Reno, NV 89509 | | | | | | | 0 |
| ACCOUNT<br>GCR Price Tire Center<br>PO Box 717<br>Price, UT 84501 | | | TO 9/12/07<br>Tires | | | | 45,338.74 |
| ACCOUNT<br>Genco Mine Service<br>PO Box 581<br>Huntington, UT 84528 | | | 9/10/07<br>Repairs | | | | 44,906.90 |
| ACCOUNT<br>Genworth Financial<br>Box 6168<br>Carol Stream, IL 60197 | | | 9/12/07<br>Insurance | | | | 0 |
| ACCOUNT<br>Golden West<br>P.O. Box 761<br>Price, UT 84501-0761 | | | 8/31/07<br>Hand Tools | | | | 3,745.70 |
| ACCOUNT<br>Hydraulic Repair<br>P.O. Box 577<br>Price, UT 84501 | | | 8/13/07<br>Repairs | | | | 2,084.48 |
| ACCOUNT<br>Industrial Electrical Motor Service<br>225 West 500 South PO Box 485<br>Orangeville, UT 84537-0485 | | | 6/13/07<br>Repairs | | | | 155,041.78 |

13 continuation sheets attached                              Subtotal ▸    432803.05

Total ▸    $
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06)

In re  Hidden Splendor Resources, Inc          Case No.         07-51378-gwz
                                    ,                              (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### *(Continuation Sheet)*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br><br>Intermountain Electronics<br>1503 South HWY 6<br>Price, UT 84501 | | | 5/08/07<br>Repairs | | | | 26,250.63 |
| ACCOUNT<br><br>Internal Revenue Service<br>Stop 5028<br>110 City Parkway<br>Las Vegas, NV 89106 | | | | | | | 377,844.22 |
| ACCOUNT<br><br>J&L Timber<br>2285 W. 3500 No.<br>Helper, UT 84526 | | | 8/04/07<br>Timber | | | | 0 |
| ACCOUNT<br><br>Jay-max<br>PO Box Q<br>Palisade, CO 81526 | | | 4/23/07<br>Supplies | | | | 13,171.16 |
| ACCOUNT<br><br>Jenmar Corporation<br>PO Box 640339<br>Pittsburgh, PA 15264 | | | 7/17/07<br>Steel | | | | 181,459.97 |
| ACCOUNT<br><br>John Jowa & Sons<br>651 North Carbonville Road<br>Price, UT 84501 | | | 5/14/07 | | | | 1,223.61 |
| ACCOUNT<br><br>John Pappas | | | | | | | 0 |
| ACCOUNT<br><br>Jones, Waldo, Holbrook & McDono | | | | | | | 1,157.18 |

13 continuation sheets attached

Subtotal ➤  601106.77

Total ➤  $
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F   (10/06)

In re  Hidden Splendor Resources, Inc        Case No.        07-51378-gwz
                                                                        (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>Joy Mining Machinery<br>P.O. Box 200283<br>Pittsburg, PA  15251-0283 | | | 4/09/07<br>Parts | | | | 91,427.82 |
| ACCOUNT<br>Joy Stamier Products<br>1655 Payshpere Circle<br>Chicago, IL 60674 | | | 11/28/06<br>Supplies | | | | 3,979.41 |
| ACCOUNT<br>Kaman Industrial Technologies<br>PO Box 74566<br>Chicago, IL 60690-8566 | | | 3/30/07<br>Parts | | | | 15,131.47 |
| ACCOUNT<br>Kennametal Inc.<br>Dept. CH10392<br>Palatine, IL 60055-0392 | | | 7/10/07<br>Parts | | | | 0 |
| ACCOUNT<br>Kilfoyle<br>P.O. Box 917<br>Price, UT 84501 | | | | | | | 0 |
| ACCOUNT<br>Knott & Co.<br>P.O. Box 1335<br>Salem, UT 84653 | | | 3/10/07<br>Supplies | | | | 4,971.17 |
| ACCOUNT<br>Lexington Insurance | | | | | | | 0 |
| ACCOUNT<br>LGM Sales and Service<br>35 North Main Street<br>Helper, UT 84526 | | | 8/20/07<br>Parts | | | | 2,149.22 |

13 continuation sheets attached

Subtotal ► 117659.09

Total ► $

(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F   (10/06)

In re  Hidden Splendor Resources, Inc _____,   Case No. _____ 07-51378-gwz _____

(if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### *(Continuation Sheet)*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND  ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br><br>Lon's Glass and Service<br>259 North Main<br>Helper, UT 84526 | | | 2/01/07 | | | | 0 |
| ACCOUNT<br><br>Mac's Mining Repair Service<br>PO Box 480<br>Huntington, UT 84528 | | | 8/16/07<br>C.M. Repairs | | | | 13,672.13 |
| ACCOUNT<br><br>McMaster Carr<br>9630 Norwalk Boulevard<br>Santa Fe Springs, CA 90670-2932 | | | 8/16/07<br>9/14/07<br>Supplies | | | | 7,483.26 |
| ACCOUNT<br><br>Miller Creak Lumber<br>7007 So. 4750 East<br>Price, UT 84501 | | | 7/02/07<br>Timber | | | | 32,070.17 |
| ACCOUNT<br><br>Mine Systems Co.<br>PO Box 634 3<br>Castle Dale, UT 84513 | | | 3/15/07<br>Repairs | | | | 8,481.92 |
| ACCOUNT<br><br>Minova<br>P.O. Box 1996<br>Lexington, KY 40588 | | | 8/21/07<br>Steel | | | | 17,322.78 |
| ACCOUNT<br><br>Mod Space<br>P.O. Box 641595<br>Pittsburgh, PA 15264-1595 | | | 9/02/07<br>Showers | | | | 11,453.97 |
| ACCOUNT<br><br>Morgantown<br>2608 Smithtown Road<br>Morgantown, WV 26508 | | | 7/05/07<br>Services | | | | 7,305.53 |

13 continuation sheets attached

Subtotal ➤ | 97789.76

Total ➤ | $

(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical
Summary of  Certain Liabilities and Related Data.)

Official Form 6F   (10/06)

In re   Hidden Splendor Resources, Inc _____ ,   Case No. _____ 07-51378-gwz _____

(if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### *(Continuation Sheet)*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>Motion Industries<br>1414 So. Gladiola St. Suite 300<br>Salt Lake City, UT 84104 | | | 9/05/07<br>Services | | | | 9,962.60 |
| ACCOUNT<br>Mount Olympus Water<br>1357 South 320 East<br>St. George, UT 84790 | | | 7/11/07<br>Water | | | | 0 |
| ACCOUNT<br>National Fluid Power Institute<br>8305 New England<br>Amarillo, TX 79119 | | | 5/29/07<br>Parts | | | | 2,060.00 |
| ACCOUNT<br>Nielson Construction<br>PO Box 620<br>Huntington, UT 84528 | | | 3/14/07<br>Road Work | | | | 10,522.58 |
| ACCOUNT<br>NL Technologies<br>33 Laird Drive<br>Toronto, Ontario M4G3S9<br>Canada | | | 5/29/07<br>Parts | | | | 1,539.53 |
| ACCOUNT<br>Paul Giacoletto | | | | | | | 1,260.00 |
| ACCOUNT<br>PDM Steel Service Centers, Inc<br>PO Box 280<br>Spanish Fork, UT 84660 | | | | | | | 0 |
| ACCOUNT<br>Petroleum Maintenance<br>P.O. Box 761<br>Price, UT 84501 | | | 8/31/07<br>Fuel | | | | 1.123.24 |

13 continuation sheets attached

Subtotal ► 25344.71

Total ► $

(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06)

In re  Hidden Splendor Resources, Inc                    ,        Case No.        07-51378-gwz
                                                                              (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### *(Continuation Sheet)*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>Pierce Oil Company<br>P.O. Box 792 332 West Railroad Ave.<br>Price, UT 84501 | | | 8/25/07<br>Fuel | | | | 174,603.57 |
| ACCOUNT<br>Power Service<br>1960 S. Milestone Drive unit C.<br>Salt Lake City, UT 84104 | | | 8/30/07<br>Repairs | | | | 6,239.57 |
| ACCOUNT<br>PraxAir<br>PO Box 120812 Dept 0812<br>Dallas, TX 75312 | | | 8/31/07<br>Parts | | | | 2,973.13 |
| ACCOUNT<br>Price Mine Service<br>P.O. Box 922<br>Price, UT 84501 | | | 4/23/07<br>Services | | | | 38,273.20 |
| ACCOUNT<br>Qwest<br>PO Box 29013<br>Phoenix, AZ 85038 | | | | | | | 0 |
| ACCOUNT<br>R. Jorgenson Company<br>2895 So. 300 West<br>Salt Lake City, UT 84115 | | | 7/30/07<br>Locker | | | | 8,005.66 |
| ACCOUNT<br>R.M. Wilson<br>P.O. Box 6274<br>Wheeling, WV 26003 | | | | | | | 53,148.96 |
| ACCOUNT<br>Ray Quinney & Nebeker | | | | | | | 2,521.50 |

13 continuation sheets attached                                    Subtotal ► | 285765.59

Total ► | $
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F   (10/06)

In re   Hidden Splendor Resources, Inc            ,        Case No. _____07-51378-gwz_____
                                                                                                                    (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## *(Continuation Sheet)*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>Reis Environmental<br>1995 South 4490 West<br>Salt Lake City, UT 84120 | | | 4/04/07 | | | | 7,945.53 |
| ACCOUNT<br>Regence Bluecross<br>PO Box 30009<br>Salt Lake City, UT 84130 | | | 9/26/07<br>Insurance | | | | 0 |
| ACCOUNT<br>Rockwood Casualty Ins<br>654 Main Street<br>Rockwood, PA 15557 | | | 9/28/07<br>Workman's Comp. Insurance | | | | 130,649.00 |
| ACCOUNT<br>Rocky Mountain Power | | | | | | | 31,977.00 |
| ACCOUNT<br>Rust Automation & Controls<br>PO Box 367 West<br>Jordan, UT 84084-0367 | | | | | | | 5,448.49 |
| ACCOUNT<br>Saber Supply<br>P.O. Box 936<br>Beckley, WV 25801 | | | 6/21/07<br>Supplies | | | | 2,107.78 |
| ACCOUNT<br>Saminco<br>10030 Amberwood Road<br>Fort Myers, FL 33913-8501 | | | 9/10/07<br>Parts | | | | 0 |
| ACCOUNT<br>Sandvik<br>Coal Dept. CH-10177<br>Palatine, IL 60055-0576 | | | | | | | 0 |

13 continuation sheets attached

Subtotal ► 178127.8

Total ►  $
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F   (10/06)

In re  Hidden Splendor Resources, Inc              ,   Case No.              07-51378-gwz
                                                                                    (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>SGS<br>PO Box 2502<br>Carol Stream, IL 60132-2502 | | | 8/30/07<br>Lab Work | | | | 5,325.15 |
| ACCOUNT<br>Southest Applied Technologies<br>375 South Carbon Avenue A3<br>Price, UT 84501 | | | 1/24/07<br>Instruction course | | | | 1867.39 |
| ACCOUNT<br>St Jude Resources<br>1165 Devonshire Dr.<br>Madisonville, KY 42431 | | | 2/08/07<br>Parts | | | | 15,007.81 |
| ACCOUNT<br>Stalker Paving and Construction<br>PO Box 3429<br>Ogden, UT 84409 | | | | | | | 7,100.00 |
| ACCOUNT<br>Sutherland<br>406 South Highway55<br>Price, UT 84501 | | | | | | | 0 |
| ACCOUNT<br>Tillack Trucking<br>P.O. Box 182<br>Duchesne, UT 84021 | | | 5/18/07<br>Hauling | | | | 2,887.50 |
| ACCOUNT<br>Total Mining & Exploration<br>P.O. Box 1491<br>Price, UT 84501 | | | | | | | 45,628.48 |
| ACCOUNT<br>TR Electric<br>339 Crestview Drive<br>Price, UT 84501 | | | 9/20/07<br>Electric | | | | 38,978.07 |

13 continuation sheets attached

Subtotal ► 116794.4

Total ► $
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F   (10/06)

In re   Hidden Splendor Resources, Inc           Case No.          07-51378-gwz
_____,                    _____
                                                           (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## *(Continuation Sheet)*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>Tram Electric<br>PO Box 1626<br>Price, UT 84501 | | | 9/06/07<br>Pasrts & Repairs | | | | 127,612.86 |
| ACCOUNT<br>Tri County Fire<br>P.O. Box 309<br>Rifle, CO 81650 | | | | | | | 0 |
| ACCOUNT<br>United Central<br>PO Box 8300<br>Bristol, VA 24203 | | | Supplies | | | | 6,091.91 |
| ACCOUNT<br>UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | | | 7/20/07<br>Freight | | | | 0 |
| ACCOUNT<br>Webster & Associates<br>P.O. Box 966<br>Englewood, CO 80151 | | | 3/02/07<br>Supplies | | | | 2051.46 |
| ACCOUNT<br>Webstern Mine Tools<br>PO Box 756<br>Price, UT 84501 | | | 9/07/07<br>Tools | | | | 7,306.51 |
| ACCOUNT | | | | | | | |
| ACCOUNT | | | | | | | |

13 continuation sheets attached

Subtotal ► 143062.74

Total ►
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data.)

$ 2,434,097.90

John White, Esq., S.B.#1741                          E-filed on October 31, 2008
White Law Chartered
Twentieth Century Building
335 West First St. Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Attorney for Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No.: BK-N-07-51378-gwz |
| | ) | Case No.: BK-N-07-51379-gwz |
| | ) | |
| | ) | *Jointly administered under Case No. BK-N-07-51378-gwz* |
| | ) | |
| | ) | |
| HIDDEN SPLENDOR RESOURCES, INC. | ) | Chapter 11 |
| and MID-STATE SERVICES, INC. | ) | |
| | ) | **AMENDMENT COVER SHEET** |
| | ) | |
| | ) | |
| | ) | Hearing Date: None |
| Debtors. | ) | Hearing Time: |
| _____ | ) | |

The following items supplement the Hidden Splendor bankruptcy Schedule F filed on September 24, 2008.

____ Voluntary Petition (specify reason for amendment)
____ Summary of Schedules
____ Statistical Summary of Certain Liabilities
____ Schedule A - Real Property
____ Schedule B - Personal Property
____ Schedule C - Property Claimed as exempt
__X__ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
     __X__ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
     _____ Add/change address of already listed creditor - No fee
____ Schedule G - Executory Contracts and Unexpired Leases

*Page 1 of 2, Amended Cover Sheet*

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

\_\_\_\_ Schedule H - Co-Debtors
\_\_\_\_ Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_ Declaration Concerning Debtor's Schedules
\_\_\_\_ Statement of Financial Affairs and/or Declaration
\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_ Disclosure of Compensation of Attorney for Debtor(s)
\_\_\_\_ Statement of Current Monthly Income and Means Test Calculation
\_\_\_\_ Certification of Credit Counseling
\_\_\_\_ Other: _____

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my information and belief.

Dated: October 28, 2008.                    HIDDEN SPLENDOR RESOURCES, INC.


By\_\_\_see following page
     Alexander H. Walker III
     President

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

*Page 2 of 2, Amended Cover Sheet*

_____ Schedule H - Co-Debtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Declaration Concerning Debtor's Schedules
_____ Statement of Financial Affairs and/or Declaration
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Disclosure of Compensation of Attorney for Debtor(s)
_____ Statement of Current Monthly Income and Means Test Calculation
_____ Certification of Credit Counseling
_____ Other: _____

Amendment of debtor(s) Social Security Number requires the filer to follow
the instructions provided by the Office of the U.S. Trustee, see link to the
U.S. Trustee's website on our website: www.nvb.uscourts.gov

## Declaration of Debtor

I declare under penalty of perjury that the information set forth in the
amendment(s) attached hereto is (are) true and correct to the best of my information
and belief.

Dated: October 28, 2008.

HIDDEN SPLENDOR RESOURCES, INC.

By _____
Alexander H. Walker III
President

_Page 2 of 2, Amended Cover Sheet_

WHITE LAW
CHARTERED
LAWYERED
20th CENTURY BLDG
335 F FIRST STREET
RENO, NV 89503

T: (775) 322-8000
F: (775) 322-1228

Official Form 6F  (10/06)

In re   Hidden Splendor Resources, Inc          Case No.          07-51378-gwz
         _____  ,                         _____
                    Debtor                                          (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## Unsecured Convenience

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT _____ Advance Mining Attn: Patty 838 Third Street Oakmont, PA 15139-1938 | | | | | | | 300.02 |
| ACCOUNT _____ Advanced Retirement Consultants 310 East 4500 South Suite 150 Salt Lake City, UT 84107-4243 | | | | | | | 650 |
| ACCOUNT _____ Airgas PO Box 7430 Pasadena, CA 91109-7430 | | | | | | | 0 |
| ACCOUNT _____ American Express | | | | | | | 0 |
| ACCOUNT _____ Aurora Welding & Mfg., Inc. PO Box 327 Aurora, UT 84620-0327 | | | | | | | 134 |
| ACCOUNT _____ Carbon Medical Service Association P.O. Box 930 East Carbon, UT 84520-0930 | | | | | | | 400.00 |

5 continuation sheets attached

Subtotal ► | 1484.02

Total ► | $

(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F  (10/06)

In re  Hidden Splendor Resources, Inc _____,  Case No. _____07-51378-gwz_____
                                                                                    (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>Carlson<br>102 W. Second St., Suite 200<br>Maysville, KY 41056-1035 | | | | | | | 500 |
| ACCOUNT<br>Castleview Hospital<br>300 North Hospital Drive<br>Price, UT 84501-4200 | | | | | | | 464.75 |
| ACCOUNT<br>Computer Services<br>1811 W 2000 N<br>Helper, UT 84526-2515 | | | | | | | 220 |
| ACCOUNT<br>Computer Services<br>1811 W 2000 N<br>Helper, UT 84526-2515 | | | | | | | 110.81 |
| ACCOUNT<br>Diamond Industrial Radiator<br>540 South 300 West<br>Price, UT 84501-3212 | | | | | | | 304.16 |
| ACCOUNT<br>EVCO House of Hose<br>2375 South 300 West<br>Salt Lake City, Utah 84115-2516 | | | | | | | 516.08 |

5 continuation sheets attached

Subtotal ▶ | 2115.8

Total ▶ | $
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06)

In re  Hidden Splendor Resources, Inc                 Case No.        07-51378-gwz
                                        ,                          (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>FedEx | | | | | | | 110.31 |
| ACCOUNT<br>General Transportation<br>PO Box 622<br>Price, UT 84501-0622 | | | | | | | 425 |
| ACCOUNT<br>Generator Starter Service &<br>Supply<br>Attn: Kerry<br>50 East Center P.O. Box 155<br>Aurora, UT 84620-0155 | | | | | | | 450.93 |
| ACCOUNT<br>Grako's American Car Care Ctr<br>Attn: Gary Grako<br>280 East Main<br>Price, UT 84501-3036 | | | | | | | 913.41 |
| ACCOUNT<br>Haycock Petroleum<br>Attn: Michelle Stoker/Credit<br>P.O. Box 340<br>Las Vegas, NV 89125-0340 | | | | | | | 468.51 |
| ACCOUNT<br>Industrial Supply<br>PO Box 30600<br>Salt Lake City, UT 84130-0600 | | | | | | | 873.36 |

5 continuation sheets attached

Subtotal ►  3241.52

Total ►  $
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06)

In re Hidden Splendor Resources, Inc      Case No.     07-51378-gwz

                                                             (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>Intermountain Farmers Association<br>P.O. Box 30168<br>Salt Lake City, UT 84130-0168 | | | | | | | 0 |
| ACCOUNT<br>LK Survey Instruments & Reprographics<br>575 25 Road<br>Grand Junction, CO 81505-1329 | | | | | | | 10.37 |
| ACCOUNT<br>Love Floral<br>64 North 100 West<br>Price, UT 84501-2427 | | | | | | | 74.45 |
| ACCOUNT<br>Mine Hydraulics, Inc<br>PO Box 634 3<br>Castle Dale, UT 84513-0634 | | | | | | | 370.13 |
| ACCOUNT<br>(d)Minewest Sales & Service<br>PO Box 218<br>Wellington, UT 84542-0218 | | | | | | | 279.01 |
| ACCOUNT<br>Monsen Engineering Inc. - Utah<br>960 South Main<br>Salt Lake City, UT 84101-2923 | | | | | | | 81.21 |

5 continuation sheets attached                          Subtotal ▶    815.17

Total ▶   $
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F  (10/06)

In re  Hidden Splendor Resources, Inc  ,  Case No.  07-51378-gwz
(if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## *(Continuation Sheet)*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT<br>Mountain States Machinery<br>P.O. Box 550<br>Price, UT 84501-0550 | | | | | | | 800 |
| ACCOUNT<br>OFFICE, ETC.<br>Attn: Lilly<br>55 E. Main<br>Price, UT 84501-3031 | | | | | | | 353.39 |
| ACCOUNT<br>Peterson Chemical & Janitorial, Inc.<br>Attn: Allen Peterson<br>373 South 1st West<br>Price, UT 84501-2903 | | | | | | | 804.21 |
| ACCOUNT<br>Sound Choice, Inc.<br>Attn: Christine Gilbert or David Patters<br>224 10th Ave.<br>South Nampa, ID 83651-3832 | | | | | | | 788.31 |
| ACCOUNT<br>Spectrum Paint<br>80 South 100 West<br>Price, UT 84501-2810 | | | | | | | 600.99 |
| ACCOUNT<br>Steve Quintana.<br>41 East 600 South<br>Price, UT 84501-3420 | | | | | | | 91.84 |

5 continuation sheets attached

Subtotal ► | 3438.74

Total ► | $
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6F   (10/06)

In re   Hidden Splendor Resources, Inc              ,        Case No.        07-51378-gwz
                                                                          (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER, (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT Talco Trucking, Inc. P.O. Box 6341 Rock Springs, WY 82901-0341 | | | | | | | 150 |
| ACCOUNT Titan Starter Alternator Attn: Marvin Burghardt 250 North 6th Ave. Price, UT 84501-2647 | | | | | | | 536.56 |
| ACCOUNT Yellow Transportation, Inc P.O. Box 730333 Dallas, TX 75373-0333 | | | | | | | 251.8 |
| ACCOUNT | | | | | | | |
| ACCOUNT | | | | | | | |
| ACCOUNT | | | | | | | |

5 continuation sheets attached

Subtotal ►  938.36

Total ►
(Use only in last page of completed Schedule F)
(Report also in Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data.)

$12,033.61