John White, Esq., S.B.#1741
White Law Chartered
Twentieth Century Building
335 West First St.
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
*Attorney for Reorganized Debtor*

-and-

Mark E. Freedlander, Esq.
Michael J. Roeschenthaler, Esq.
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Facsimile: (412) 667-6050
E-mail: mroeschenthaler@mcguirewoods.com

-and-

Edmond "Buddy" Miller (Bar No. 003116)
6490 S. McCarran Blvd.
Reno, NV 89509
Telephone:   (775) 828-9898
            Facsimile: (775) 828-9893
Email: bmiller@buddymillerlaw.com
*Counsel for the Official Committee Of Unsecured Creditors*

E-filed March 10, 2009

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

In re:

HIDDEN SPLENDOR RESOURCES, INC., and MID-STATE SERVICES, INC.,

Debtors-in-Possession.

Case No.: BK-N-07-51378-GWZ
           BK-N-07-51379-GWZ

*[Jointly Administered Under Case No. BK-N 07-51378-gwz]*

Chapter 11

**OMNIBUS OBJECTION OF THE REORGANIZED DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE ASSIGNMENT/TRANSFER OF VARIOUS CLAIMS ON OR AFTER FEBRUARY 18, 2009**

Related to Doc. Nos. 619, 622, 623, 624, 625, 626 and 627

Hearing Date: April 22, 2009 at 10:00 a.m.

Hidden Splendor Resources, Inc. (the "Reorganized Debtor"), and The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors-in-

1

possession, hereby file this Omnibus Objection (the "Objection") to the Initial Claim Transfer and the Additional Claim Transfers (as defined herein). In support of this Objection, the Reorganized Debtor and the Committee respectfully represent as follows:

### BACKGROUND

1.    On October 15, 2007 (the "Petition Date"), the above-captioned debtors-in-possession filed their respective voluntary petitions for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Nevada, Reno Division.

2.    On December 8, 2008, an Order ("Confirmation Order") confirming the Joint-Consolidated Hidden Splendor Resources, Inc./Mid-State Services, Inc. Plan of Reorganization ("Plan") was entered.

3.    Pursuant to Article VI(A)(4) of the Plan, the various registers for each class of Claims and Equity Interests (as those terms are defined in the Plan), as maintained by the Bankruptcy Court were deemed to be closed as of the date the Confirmation Order was entered (December 8, 2008) and the Reorganized Debtor (as that term is defined in the Plan) has no obligation to recognize any transfer of Claims or Equity Interests occurring on or after that date.

4.    On February 18, 2009, Debt Acquisition Company of America V, LLC ("Debt Acquisition") filed an Assignment/Transfer of Claim of Reis Environmental (Doc. No. 619) (the "Initial Claim Transfer"). On February 19, 2009, the Bankruptcy Court issued a Notice of Assignment of Claim and Pending Order Thereon (Doc. No. 620) (the "Initial Transfer Notice"). The Initial Transfer Notice states that if an objection is not filed to the Initial Claim Transfer on or before March 11, 2009, an order will be entered deeming the Initial Claim Transfer effective.

5.    Subsequent to the filing of the Initial Claim Transfer and the Initial Transfer Notice, on February 25, 2009 Debt Acquisition filed six (6) additional Assignment/Transfer of Claims for Carbon Medical Service Association (Doc. No. 622), Castleview Hospital (Doc. No. 623), ECDC Environmental, L.C. (Doc. No. 624), H.J. Kirby Corp. (Doc. No. 625), Jay-Max Sales (Doc. No.

626) and Minewest Sales & Service (Doc. No. 627) (collectively, the "Additional Claim Transfers"). On February 26, 2009, the Bankruptcy Court issued six (6) additional Notices of Assignment of Claim and Pending Order, corresponding to the Additional Claim Transfers (Doc. Nos. 628, 629, 630, 631, 632 and 633) (collectively, the "Additional Transfer Notices"). The Additional Transfer Notices state that if an objection is not filed to the Additional Claim Transfers on or before March 18, 2009, an order will be entered deeming the Additional Claim Transfers effective.

## OBJECTION

6. Pursuant to Article VI(A)(4) of the Plan, the Reorganized Debtor and the Committee believe that the Initial Claim Transfer and the Additional Claim Transfers are ineffective. However, to avoid confusion and incurring costs associated with administering these claims, the Reorganized Debtor and the Committee file this Objection to the Initial Claim Transfer and the Additional Claim Transfers.

7. The Plan expressly states that no transfers of any Claims or Equity Interests (as those terms are defined in the Plan) subsequent to the entry of the Confirmation Order are valid and need not be recognized by the Reorganized Debtor. The Initial Claim Transfer and the Additional Claim Transfers were not filed until nearly two (2) months after the date the Confirmation order was entered. Accordingly, the Initial Claim Transfer and the Additional Claim Transfers should not be given effect or recognized on the claims registers.

WHEREFORE, the Reorganized Debtor and the Official Committee of Unsecured Creditors respectfully requests that this Honorable Court deem the Initial Claim Transfer and the Additional Claim Transfers void *ab initio*, pursuant to Article VI(A)(4) of the Plan.

[Signature Page to Follow]

| | |
|---|---|
| Dated: <u>March 10, 2009</u> | Respectfully Submitted by: |

                                                    /s/ Michael J. Roeschenthaler
Michael J. Roeschenthaler, Esq.
Pa. I.D. No. 87647
Nicholas E. Meriwether, Esq.
Pa. I.D. No. 200433
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA  15222
Telephone:  (412) 667-6000
Facsimile:  (412) 667-6050
E-mail: mroeschenthaler@mcguirewoods.com

-and-

Edmond "Buddy" Miller (Bar No. 003116)
6490 S. McCarran Blvd.
Bldg. C, Suite 26
Reno, NV 89509
Telephone: (775) 828-9898
Facsimile:(775) 828-9893
Email:  bmiller@buddymillerlaw.com

-and-

John White, Esq., S.B.#1741
White Law Chartered
Twentieth Century Building
335 West First St.
Reno, NV 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com
Attorney for Reorganized Debtor

\7960819.3

CERTIFICATE OF SERVICE

1. On March 10, 2009, I served the following document:

OMNIBUS OBJECTION OF THE REORGANIZED DEBTOR AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE ASSIGNMENT/TRANSFER OF VARIOUS CLAIMS ON OR AFTER FEBRUARY 18, 2009

2. I served the above-named document by United States mail, postage prepaid to the following persons listed below:

Reis Environmental
Attention: Marcia Comstock
Credit Manager
1995 South 4490 West
Salt Lake City, UT 84120

Reis Environmental
Attention: Marcia Comstock
P.O. Box 8498
St. Louis, MO 63132

Debt Acquisition Company of America V, LLC
Attention: Tom Scheidt
1565 Hotel Circle South
Suite 310, San Diego, CA 92108

Carbon Medical Service Association
Attention: Yvonne Jensen
Executive Director
P.O. Box 930
East Carbon UT 84520

Castleview Hospital
Attention: Renai Campbell
Business Office Director
300 North Hospital Drive
Price UT 84501-4200

ECDC Environmental, L.C.
Attention: Kirk Treece
General Manager
Box 70053, Los Angeles
CA 90074-0053

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228

H.J. Kirby Corp.
Attention: Bernard Gusick
Operations Manager
29325 Clemens Road
Westlake, OH 44145-1093

Jay-Max Sales
Attention: Maxine Fletcher
Sec./Treasurer
P.O. Box Q Palisade CO 81526

Minewest Sales & Service
Attention: The Owner
P.O. Box 218 Wellington, UT 84542

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: March __10__, 2009.

_____
Declarant, Nicole Newlan

WHITE LAW
CHARTERED
LAWYERS
20TH CENTURY BLDG.
335 W. FIRST STREET
RENO, NV 89503

T (775) 322-8000
F (775) 322-1228