```
                           United States Bankruptcy Court
                                 District of Nevada
In re:                                                                  Case No. 07-51378-gwz
HIDDEN SPLENDOR RESOURCES, INC.                                         Chapter 11
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0978-3          User: storylm               Page 1 of 5           Date Rcvd: Mar 23, 2011
                              Form ID: pdf807             Total Noticed: 232


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2011.
db           +HIDDEN SPLENDOR RESOURCES, INC.,    57 WEST, 200 SOUTH #400,    SALT LAKE CITY, UT 84101-1632
aty           EDMOND BUDDY MILLER,   Reno, NV 89509
aty          +JOHN A SNOW,   1137 SOUTH RANCHO DRIVE #110,    LAS VEGAS, NV 89102-2259
aty          +MCGUIRE WOODS LLP,    625 LIBERTY AVE., 23RD FLR,    DOMINION TOWER,    PITTSBURGH, PA 15222-3110
aty          +WILLIAM A. MEADERS,    60 EAST SOUTH TEMPLE #1800,    SALT LAKE CITY, UT 84111-1032
cr           +Debt Acquisition Company of America V, LLC,    1565 Hotel Circle South,   Suite 310,
               San Diego, CA 92108-3419
cr          ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: IRS,    POB 21126,   PHILADELPHIA, PA  19114)
jtadm        +MID-STATE SERVICES, INC.,    57 WEST, 200 SOUTH #400,    SALT LAKE CITY, UT 84101-1632
cr           +ROCKWOOD CASUALTY INSURANCE,    C/O JANET L. CHUBB,    JONES VARGAS,
               100 W. LIBERTY ST. 12TH FLOOR,    P.O. BOX 281,    RENO, NV 89504-0281
cr           +ROCKY MOUNTAIN POWER,    ATTN: YVONNE HOGLE,   201 SOUTH MAIN #2300,
               SALT LAKE CITY, UT 84111-2269
cr            SOUND CHOICE INC.,    201 N KINGS ROAD #102,    NAMPA, ID 83687-3670
cr          ++ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
               SALT LAKE CITY UT 84130-0709
             (address filed with court: ZIONS FIRST NATIONAL BANK,    P.O. BOX 30709,
               SALT LAKE CITY, UT  84130)
3141893      +A & A Quality Parts,    Attn: Vernon or Shiela,    1110 Bluefield Ave.,   Bluefield, WV 24701-2748
3160020       ACCESS CAPITAL,    POB 1511,   VISALIA, CA 93279-1511
3180071      +AIG INSURANCE GROUP, INC,    NEWPORT INDUSTRIAL PARK,    405 EAST MARSH LANE #1,
               NEWPORT, DE 19804-2445
3189792      +AIG Insurance Group, Inc.,    Newport Industrial Park,    405 East Marsh Lane, Ste. 1,
               Newport, DE 19804-2445
3180070      +ALEXANDER H. WALKER III,    57 WEST 200 SOUTH #400,    SALT LAKE CITY, UT 84101-1632
3180062      +AMERICAN FUNDS,    PO BOX 25067,   SANTA ANNA, CA 92799-5067
3251013      +ANN ROSS,    3266 South 125 West,    Price, UT 84501-4462
3180069      +ARLINGTON VENTURES, LLC,    57 WEST 200 SOUTH #400,    SALT LAKE CITY, UT 84101-1632
3141895      +Advanced Retirement Consultants,    310 East 4500 South Suite 150,    Salt Lake City, UT 84107-4243
3141896       Airgas,    PO Box 7430,   Pasadena, CA 91109-7430
3189791      +Alexander H. Walker III,    57 West 200 South, Ste. 400,    Salt Lake City, UT 84101-1632
3313576      +Alexander Walker, III,    57 WEST 200 SOUTH, SUITE 400,    SALT LAKE CITY, UT 84101-1632
3313544      +Alexander Walker, Jr. & Cecil Ann Walker,    57 WEST 200 SOUTH, SUITE 400,
               SALT LAKE CITY, UT 84101-1632
3220692      +Allen Childs,    TALON RESOURCES, INC.,    195 North 100 West,   P.O. Box 1230,
               Huntington, UT 84528-1230
3313578      +Amanda Cardinalli,    50 West Liberty Street, Suite 880,    Reno, NV 89501-1977
3189783      +American Funds,    P.O. Box 25067,   Santa Ana, CA 92799-5067
3141897      +Andre Madigan,    US EPA Region 8 Bankruptcy Contact,    Legal Enforcement Program,
               999-18th St., Suite 300,    Denver, Colorado 80202-2424
3141898      +Ann Ross,    1080 North 300 East,    Price, UT 84501-1814
3189790      +Arlington Ventures, LLC,    57 West 200 South, Ste. 400,    Salt Lake City, UT 84101-1632
3141900      +Aurora Welding & Mfg., Inc.,    PO Box 327,   Aurora, UT 84620-0327
3141902      +BC Leather Craft,    Attn: Ben Darling,    P.O. Box 511 260 South Hwy 55,
               Wellington, UT 84542-0511
3141903      +Best Deal Spring,    Attn: Matt or Mark,    415 East 100 North,    Payson, UT 84651-5667
3141904      +Blake Fluhart,    Attn: Blake Fluhart,    Box 541,   Price, UT 84501-0541
3141905      +Bookcliff Sales, Inc.,    PO Box 1010,   Price, UT 84501-1010
3164647      +CARBON COUNTY TREASURER,    120 EAST MAIN,    PRICE, UT 84501-3050
3141918      +CJ's Do It Center,    710 East Main,    Price, UT 84501-3141
3241937      +COMMONWEALTH COAL SERVICES, INC,    C/O VAN COTT, BAGLEY, ET AL,    ATTN: GERALD H. SUNIVILLE,
               36 SOUTH STATE STREET #1900,    SALT LAKE CITY, UT 84111-1478
3241936      +COMMONWEALTH COAL SERVICES, INC,    C/O VAN COTT, BAGLEY, ET AL,    ATTN: JOHN A. SNOW,
               1137 SOUTH RANCHO DRIVE #110,    LAS VEGAS, NV 89102-2259
3141911      +CarQuest of Price,    PO Box 503589,    St Louis, MO 63150-3589
3141907      +Carbon Copy Center,    53 So. 200 East,    Price, UT 84501-3012
3141908      +Carbon Medical Service Association,    P.O. Box 930,    East Carbon, UT 84520-0930
3141909      +Carbon/Emery Telcom,    PO Box 421,    Orangeville, UT 84537-0421
3141910      +Carlson,    102 W. Second St., Suite 200,    Maysville, KY 41056-1035
3141912      +Castle Country Hydraulic & Supply,    Attn: Santo, Cody or Micalena,    PO Box 1035,
               Price, UT 84501-1035
3141913       Castle Country Pumping,    1086 West Main,    Wellington, UT  84542
3141915      +Cecil Ann Walker,    Alex Walker Jr.,    1700 Caronet Dr.,   Reno, NV 89509-3510
3141916      +Chute Supply,    PO Box 267 1935 N. Hwy 155,    Cleveland, UT 84518-0267
3141917      +City Sanitation, Inc.,    780 South 800 East,    Price, UT 84501-3710
3189794      +Common Wealth Coal Company,    5413 Patterson Ave., Ste. 200,    Richmond, VA 23226-2023
3141920      +Complete Supply,    PO Box 336,   Spanish Fork, UT 84660-0336
3141921      +Computer Services,    1811 W 2000 N,    Helper, UT 84526-2515
3141922       Conveyor Services,    Attn: Frank Pugliese or John,    1080 East Airport Road,   Price, UT 84501
3141923      +Custom Supply,    PO Box 911,   Price, UT 84501-0911
3141924      +D & D Equipment & Supply Co.,    1766 Kenilworth Road,    Helper, UT 84526-2103
3141925      +D & L Distributing,    2667 South 945 East,    Price, UT 84501-4549
```

```
District/off: 0978-3           User: storylm               Page 2 of 5                   Date Rcvd: Mar 23, 2011
                               Form ID: pdf807             Total Noticed: 232


3141928       +DBT America, Inc.,    3871 Paysphere Circle,     Chicago, IL 60674-0001
3223276       +DBT America, Inc.,    2045 West Pike St.,    Houston, PA 15342-1000
4059397       +DEBT ACQUISITION COMPANY OF AMERICA,     1565 HOTEL CIRCLE #310,    SAN DIEGO, CA 92108-3419
4084039       +DEBT ACQUISITION COMPANY OF AMERICA,     1565 HOTEL CIRCLE SOUTH #310,     SAN DIEGO, CA 92108-3419
3312313       +DINOSAUR TIRE,    c/o Professional Collections, Inc.,     211 S. 200 E.,    Price, UT 84501-3016
3141926       +Dan R Baker,    PO Box 2000,    Beaver, UT 84713-2000
3575667       +Department of the Treasury-IRS,     PO Box 21125,    Philadelphia, PA 19114-0325
3141929       +Dept. of Employment, Training & Rehab,     Employment Security Division,    500 East Third Street,
                Carson City, NV 89713-0002
3141931       +Diamond Industrial Radiator,     540 South 300 West,    Price, UT 84501-3212
3141932       +Dinosaur Tire Service,     PO Box 853,    Price, UT 84501-0853
3141933       +Double D Bolt,    1165 North 1565 West,    Orem, UT 84057-2886
3141934        ECDC Environmental, L.C.,     Attn: Kristy Candelaria,     Box 70053,    Los Angeles, CA 90074-0053
3141936       +EIS Environmental Consulting,     31 North Main Street,    Helper, UT 84526-1557
3141935       +Echo Industries,    P.O. Box 568,    Price, UT 84501-0568
3141937       +Electrical Contractors, Inc.,     Attn: John Tomadakis,     P.O. Box 606,   Price, UT 84501-0606
3141938       +Endura Richfield Block & Brick Company,     Attn: Gloria/Accounting,    1595 South Airport Road,
                Richfield, UT 84701-7008
3141939       +Evco House of Hose,    2375 South 300 West,     Salt Lake City, UT 84115-2516
3141943       +FMC Technologies,    PO Box 96138,    Chicago, IL 60693-6138
3141940        Fairmont Supply Company,    Attn: Gary Hansen,     PO Box 643438,    Pittsburgh, PA 15264-3438
3189793       +Federal Bureau of Land Management,     440 West 200 South, Ste. 500,
                Salt Lake City, UT 84101-1434
3141941       +Federal Express,    PO Box 7221,    Pasadena, CA 91109-7321
3141942       +Filter Service & Testing Corp.,     PO Box 1466,    Price, UT 84501-1466
3178928       +Frank Calandra,    euler hermes aci,    agent of frank calandra incorporated,
                800 red brook boulevard,     owings mills, md 21117-5173
3141945       +GCR Price Tire Center,    PO Box 717,    Price, UT 84501-0717
3189782        GMAC,   Payment Processing Center,     P.O. Box 78252,    Phoenix, AZ 85062-8252
3180060       +GMAC,    PAYMENT PROCESSING CENTER,     PO BOX 75282,    PHOENIX, AZ 85087-1022
3141944       +Gallina LLP,    1885 S Arlington Ste 105,    Reno, NV 89509-3370
3141947       +Gena Jones,    Senior Vice President,    Zions First National Bank,    1 South Main, Suite 500,
                Salt Lake City, UT 84133-1109
3141946       +Genco Mine Services,    PO Box 581,    Huntington, UT 84528-0581
3141948       +General Transportation,    PO Box 622,    Price, UT 84501-0622
3141949       +Generator Starter Service & Supply,     Attn: Kerry,     50 East Center P.O. Box 155,
                Aurora, UT 84620-0155
3141950       +Genworth Financial,    Box 6168,    Carol Stream, IL 60197-6168
3141951       +Giacoletto Paul,    P.O. Box 233,    Price, UT 84501-0233
3141952        Golden West Industries, Inc.,     P.O. Box 761,    Price, UT 84501-0761
3141953       +Grako's American Car Care Ctr,     Attn: Gary Grako,     280 East Main,    Price, UT 84501-3036
3303345       +HOWARD KENT, INC PROFIT SHARING PLAN,     KIRTON & MCCONKIE,    ATTN: WILLIAM A. MEADERS,
                60 EAST SOUTH TEMPLE #1800,     SALT LAKE CITY, UT 84111-1032
3141954       +Haycock Petroleum,    Attn: Michelle Stoker/Credit,     P.O. Box 340,    Las Vegas, NV 89125-0340
3217629       +Hidden Splendor Resources, Inc.,     Jones, Waldo, Holbrook & McDonough,
                R.L.Knuth, Attorney at Law,    170 S. Main, Suite 1500,    Salt Lake City, UT 84101-1644
3302628       +Howard Kent, Inc. Profit Sharing Plan,     Kirton & McConkie, Attn: William Meaders,
                Eagle Gate Tower, Suite 1800,    60 East South Temple St.,    Salt Lake City, UT 84111-1004
3302627       +Howard Kent, Inc. Profit Sharing Plan,     261 East 300 South #350,     Salt Lake City, UT 84111-2464
3207845       +Hugh Haws,    Revco Leasing,    P.O. Box 572441,    Salt Lake City, UT 84157-2441
3141955       +Hydraulic Repairs, Inc.,    Attn: Doreen/Accounting,     P.O. Box 577,    Price, UT 84501-0577
3180061      ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   INTERNAL REVENUE SERVICE,     OGDEN, UT 84201)
3141961      ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,     Attn: Bankruptcy Unit,    Stop 5028,
                110 City Parkway,    Las Vegas, NV 89106)
3141962      ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,     PO Box 105083,
                Atlanta, Georgia 30348-5083.)
3575666      ++INTERNAL REVENUE SERVICE,     CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Department of the Treasury-IRS,     PO Box 21126,
                Philadelphia, PA 19114)
3141956        Industrial Electric Motor Service,     225 West 500 South PO Box 485,    Orangeville, UT 84537-0485
3141957       +Industrial Supply,    PO Box 30600,    Salt Lake City, UT 84130-0600
3141958       +Intermountain Electronics,    1503 South HWY 6,     Price, UT 84501-7408
3141963       +J&L Timber,    Attn: Mike Dennis (Fin),     2285 W. 3500 No.,    Helper, UT 84526-2280
3180063        JOHN C. PAPPAS,    1646 EAST,    PRICE, UT 84501
3180064       +JONES WALDO ET AL,    PO BOX 45444,    SALT LAKE CITY, UT 84145-0444
3160019       +JOY/STAMLER PRODUCTS,    P.O. BOX 307,    MILLERSBURG, KY 40348-0307
3141964       +Jay-Max Sales,    PO Box Q,    Palisade, CO 81526-0436
3141965       +Jennmar Corporations,    Attn: Art Craven/Sales Rep.,     PO Box 640339,    Pittsburgh, PA 15264-0339
3189784        John C. Pappas,    1646 East,    Price, MT 84501
3141966       +John M. Howa & Sons, Inc.,     651 North Carbonville Road,     Price, UT 84501-3906
3217635       +Jones, Waldo, Holbrook & McDonough,     R.L. Knuth, Attorney at Law,    170 S. Main, Suite 1500,
                Salt Lake City, UT 84101-1644
3141967        Joy Mining Machinery,    Attn: Ed Liin,    P.O. Box 200283,    Pittsburg, PA  15251-0283
```

```
District/off: 0978-3           User: storylm              Page 3 of 5              Date Rcvd: Mar 23, 2011
                               Form ID: pdf807            Total Noticed: 232


3141968       +Joy/Stamler Products,   1655 Payshpere Circle,   Chicago, IL 60674-0001
3141969       +Kaman Industrial Technologies,    Attn: Ron Jewkes,   PO Box 74566,   Chicago, IL 60696-8566
3141970        Kennametal, Inc.,   Attn: Michael J. Porter #803684,    Dept. CH10392,   Palatine, IL 60055-0392
3141971       +Kilfoyle,   P.O. Box 917,   Price, UT 84501-0917
3141972       +Knotts & Co.,   P.O. Box 1335,   Salem, UT 84653-1335
3141973       +LGM Sales and Service,   35 North Main Street,   Helper, UT 84526-1557
3141974       +LK Survey Instruments & Reprographics,    575 25 Road,   Grand Junction, CO 81505-1329
3141975       +Lewis Maldonado,   US EPA Region 9 Bankruptcy Contact,    Office of Regional Counsel, ORC-3,
                75 Hawthorne Street,   San Francisco, CA 94105-3920
3311864       +Lexington Ins. Co., New Hampshire Ins. Co.,    National Un.Fire. Ins. Co. of PA, AIG,
                c/o David Levin,   70 Pine St., 28th Floor,   New York, New York 10270-0001
3311845       +Lexington Insurance Co., et al.,    c/o David Levin,   70 Pine St. 28th Floor,,
                New York, New York 10270-0001
3141976       +Lon's Glass And Service,   259 North Main,   Helper, UT 84526-1163
3141977       +Love Floral,   64 North 100 West,   Price, UT 84501-2427
3767790        MINE SYSTEMS CO.,   PO BOX 6343,   CASTLE DALE, UT 84513
3165714       +MINERALS MANAGEMENT SERVICE,   MINERALS REVENUE MANAGEMENT,    OFFICE OF ENFORCEMENT,
                PO BOX 25165, MAIL STOP 370B2,    DENVER, CO 80225-0165
3248216        MINERALS MANAGEMENT SERVICES,    ATTN: Mark Prouhet,   PO Box 5810,   Denver, CO 80217-5810
3141978       +Mac's Mining Repair Service,   PO Box 480,   Huntington, UT 84528-0480
3141979       +McMaster Carr,   9630 Norwalk Boulevard,   Santa Fe Springs, CA 90670-2954
3141980       +Mid-State Services,   50 W. Liberty St., # 880,   Reno, NV 89501-1977
3313572       +Mid-State Services, Inc.,    57 WEST 200 SOUTH, SUITE 400,    SALT LAKE CITY, UT 84101-1632
3141981       +Miller Creek Lumber,   Attn: Scott or Jamie Bradford,    7007 So. 4750 East,
                Price, UT 84501-8649
3141982       +Mine Hydraulics, Inc,   PO Box 634 3,   Castle Dale, UT 84513-0634
3141983       +Mine Safety & Health Administration,    1100 Wilson Boulevard,   Arlington, VA 22209-2249
3141984       +Mine Systems Co.,   Attn: Gary Taylor or Joleen,   PO Box 976,   Price, UT 84501-0976
3141985        Minerals Management Services,    Attn: Lee Ann Martin,   P.O. Box 5810,   Denver, CO 80217-5810
3141986       +Minewest Sales & Service,   P.O. Box 218,   Wellington, UT 84542-0218
3141987       +Minova USA, Inc.,   P.O. Box 1996,   Lexington, KY 40588-1996
3141988        Mod Space,   Attn: Mishele Mitchell,   P.O. Box 641595,   Pittsburgh, PA 15264-1595
3141989       +Monsen Engineering Inc. - Utah,    960 South Main,   Salt Lake City, UT 84101-2923
3141990       +Morgantown Machine & Hydraulics,    Attn: Rachel,   2608 Smithtown Road,
                Morgantown, WV 26508-2494
3141991       +Motion Industries,   1414 So. Gladiola St. Suite 300,    Salt Lake City, UT 84104-4602
3141992       +Mount Olympus Water,   1357 South 320 East,   St. George, UT 84790-6835
3141993       +Mountain States Machinery,   P.O. Box 550,   Price, UT 84501-0550
3141994        NAPA,   125 South Hwy 55,   Price, UT 84501
3141998        NL Technologies,   Attn: Lori Currie,   33 Laird Drive,   Toronto, Ontario M4G3S9 Canada
3141995       +National Fluid Power Institute,    Attn: Dan Powell,   8305 New England,   Amarillo, TX 79119-4939
3313580       +Nevada Agency and Trust Company,    50 West Liberty Street, Suite 880,   Reno, NV 89501-1977
3141996       +Nevada Department of Taxation,    Bankruptcy Section,   4600 Kietzke Ln., Suite L-235,
                Reno, NV 89502-5045
3141997       +Nielson Construction Inc.,   PO Box 620,   Huntington, UT 84528-0620
3251021        OFFICE OF SURFACE MINING,    Reclamation and Enforcement,   PO Box 25065 DFC,
                Denver, CO 80225-0065
3141999       +OFFICE, ETC.,   Attn: Lilly,   55 E. Main,   Price, UT 84501-3031
3189788      ++PACIFICORP,   ATTN BANKRUPTCY,   PO BOX 25308,   SALT LAKE CITY UT 84125-0308
              (address filed with court: Rocky Mountain Power,    1033 NE 6th Ave.,   Portland, OR 97256-0001)
3180065       +PAUL GIACOLETTO,   PO BOX 233,   PRICE, UT 84501-0233
3142000       +PDM Steel Service Centers, Inc.,    PO Box 280,   Spanish Fork, UT 84660-0280
3142001       +Peterson Chemical & Janitorial, Inc.,    Attn: Allen Peterson,   373 South 1st West,
                Price, UT 84501-2903
3142002       +Petroleum Maintenance & Equipment,    P.O. Box 761,   Price, UT 84501-0761
3142003       +Pierce Oil,   Ellis Pierce,   P.O. Box 792 332 West Railroad Ave.,   Price, UT 84501-0792
3167644       +Power Service Inc.,   P. O. Box 2870,   Casper, WY 82602-2870
3352532       +Praxair Distribution Inc.,   c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
                Timonium, Maryland 21094-5126,    Telephone Number: (410) 773-4088
3142005       +Praxair Distribution, Inc.,    PO Box 120812 Dept 0812,   Dallas, TX 75312-0812
3142006       +Price Mine Services, Inc,   P.O. Box 922,   Price, UT 84501-0922
3153537        R. Jorgenson Company,   Attn: Suzanne Ruskievicz,    2895 So. 300 West,
                Salt Lake City, UT 84115-3435
3142008       +R.Jorgenson Company,   Attn: Jeremy Jensen,   2895 So. 300 West,   Salt Lake City, UT 84115-3435
3142009       +R.M. Wilson Co,   Attn: Judd Seikman,   P.O. Box 6274,   Wheeling, WV 26003-0611
3180066       +RAY, QUINNEY & NEBAKER,   PO BOX 45385,   SALT LAKE CITY, UT 84145-0385
3315414       +RICK KROMPEL,   dba CJ'S DO IT CENTER AND,   NAPA AUTO PARTS,    710 EAST MAIN,
                PRICE, UT 84501-3141
3260721       +ROCKWOOD CASUALTY INSURANCE,   C/O JONES & VARGAS,    JANET L. CHUBB, ESQ,   PO BOX 281,
                RENO, NV 89504-0281
3260722       +ROCKWOOD CASUALTY INSURANCE,   C/O JONES & VARGAS,    LOUIS M. BUBALA III, ESQ,   PO BOX 281,
                RENO, NV 89504-0281
3233020       +ROCKY MOUNTAIN POWER,   ATTN: YVONNE HOGLE,   SENIOR COUNSEL,    201 SOUTH MAIN #2300,
                SALT LAKE CITY, UT 84111-2269
3253960       +ROCKY MOUNTAIN POWER,   Attn: Ben Geertsen,   825 NE Multnomah,   Suite 700,
                Portland, OR 97232-2596
3180067       +ROCKY MOUNTIAN POWER,   1033 NE 6TH AVE.,   PORTLAND, OR 97232-2017
3297815       +RUST AUTOMATION & CONTROLS INC.,   PO.O. BOX 367,   WEST JORDAN, UT 84084-0367
3189787       +Ray, Quinney, & Nebeker,   P.O. Box 45385,   Salt Lake City, UT 84145-0385
```

```
District/off: 0978-3           User: storylm               Page 4 of 5                  Date Rcvd: Mar 23, 2011
                               Form ID: pdf807             Total Noticed: 232


3142010      +Regence BlueCross BlueShield of Utah,    Attn: Cash Services,    PO Box 30009,
               Salt Lake City, UT 84130-0009
3142011      +Reis Environmental,    1995 South 4490 West,    Salt Lake City, UT 84104-4714
3142012      +Rockwood Casualty Insurance Company,    Attn: Accounts Payable Department,    654 Main Street,
               Rockwood, PA 15557-1098
3142017       SGS,    Attn: Co-Co,   PO Box 2502,    Carol Stream, IL 60132-2502
3142013      +Saber Supply Company,    P.O. Box 936,    Beckley, WV 25802-0936
3142014      +Saminco,   10030 Amberwood Road,    Fort Myers, FL 33913-8521
3142015       Sandvik,    Coal Dept. CH-10177,    Palatine, IL 60055-0576
3142016      +Secretary of the Treasury,    1500 Pennsylvania Ave. NW,    Washington, D.C 20220-0001
3142018      +Sound Choice, Inc.,    Attn: Christine Gilbert or David Patters,    201 N. Kings Rd. #102,
               Nampa, ID 83687-3670
3142019      +Southeast Applied Technology College,    375 South Carbon Avenue A3,    Price, UT 84501-2950
3142020      +Spectrum Paint,    80 South 100 West,    Price, UT 84501-2810
3142021       St. Jude Resources, Inc,    Attn: John Davis,    1165 Devonshire Dr.,    Madisonville, KY 42431
3181502      +St. Jude Resources, Inc.,    ATTN: John Davis,    1168 Devonshire Dr.,
               Madisonville, KY 42431-2310
3142022      +Staker Paving & Construction,    PO Box 3429,    Ogden, UT 84409-1429
3142024      +State Office of Recovery Services,    P.O. Box 45033,    Salt Lake City, UT 84145-0033
3142023      +State of Nevada Dept. of Motor Vehicles,    Attn: Legal Division,    555 Wright Way,
               Carson City, Nevada 89711-0001
3142025      +Steve Quintana.,    41 East 600 South,    Price, UT 84501-3420
3142026       Sutherland,    406 South Highway55,    Price, UT 84501
3180068      +TALON RESOURCES,    PO BOX 1230,   HUNNINGTON, UT 84528-1230
3313542      +TIMOTHA ANN KENT,    57 WEST 200 SOUTH, SUITE 400,    SALT LAKE CITY, UT 84101-1632
3142031      +TR Electric & Supply Co.,    339 Crestview Drive,    Price, UT 84501-2719
3142027       Talco Trucking, Inc.,    P.O. Box 6341,    Rock Springs, WY 82901
3189789      +Talon Resources,    P.O. Box 1230,    Huntington, UT 84528-1230
3142028      +Tillack Trucking,    Attn: Russ Tillack,    P.O. Box 182,    Duchesne, UT 84021-0182
3142029      +Titan Starter Alternator,    Attn: Marvin Burghardt,    250 North 6th Ave.,    Price, UT 84501-2647
3142030      +Total Mining,    Attn: Don Giacoletto,    P.O. Box 1491,    Price, UT 84501-1491
3142032      +Tram Electric,    Attn: Leslie/Terry/Tony/Debbie,    PO Box 1626,    Price, UT 84501-1626
3142033      +Tri County Fire,    Attn: Becky/Jason,    P.O. Box 309,    Rifle, CO 81650-0309
3142034      +U.S. Office of Surface Mining,    P.O. Box 360095M,    Pittsburgh, PA 15251
3172579      +UNSECURED CREDITORS COMMITTEE,    MCGUIRE WOODS, LLP,    C/O MARK E. FREEDLANDER, ESQ,
               625 LIBERTY AVENUE, 23RD FLOOR,    PITTSBURGH, PA 15222-3110
3172580      +UNSECURED CREDITORS COMMITTEE,    MCGUIRE WOODS, LLP,    C/O MICHAEL J. ROESCHENTHALER, ESQ,
               625 LIBERTY AVENUE, 23RD FLOOR,    PITTSBURGH, PA 15222-3110
3172581      +UNSECURED CREDITORS COMMITTEE,    MCGUIRE WOODS, LLP,    C/O WILLIAM C. PRICE,, ESQ,
               625 LIBERTY AVENUE, 23RD FLOOR,    PITTSBURGH, PA 15222-3110
3172578      +UNSECURED CREDITORS COMMITTEE,    C/O EDMOND BUDDY MILLER,    6490 S. MCCARRAN BLVD,    BLDG C #26,
               RENO, NV 89509-6165
3142038       UPS,    Lockbox 577,    Carol Stream, IL 60132-0577
3328609       UTAH DEPT OF WORKFORCE SERVICES,    P.O. BOX 45288,    SALT LAKE CITY, UT 84145-0288
3142035      +United Central Industrial Supply Company,    PO Box 8300,    Bristol, VA 24203-8300
3142036      +United States Attorney,    100 W. Liberty Street #600,    Reno, NV 89501-1930
3142039      +Utah Attorney General’s Office,    236 State Capital Bldg,    SLC, Utah 84114-1202
3142040       Utah Department of Workforce Services,    Unemployment Insurance,    140 East 300 South,
               P.O. Box 45233,    Salt Lake City, Utah 84145-0233.
3180059      +WELLS FARGO AUTO FINANCE,    PO BOX 29704,    PHOENIX, AZ 85038-9704
3142042      +Webster & Associates,    Attn: Jim or Brent,    P.O. Box 966,    Englewood, CO 80151-0966
3142043      +Western Mine Tools, Inc.,    Attn: Doug Simken or Jaime,    PO Box 756,    Price, UT 84501-0756
3142044       Yellow Transportation, Inc,    P.O. Box 730333,    Dallas, TX 75373-0333
3189780     ++ZIONS FIRST NATIONAL BANK,    LEGAL SERVICES UT ZB11 0877,    P O BOX 30709,
               SALT LAKE CITY UT 84130-0709
             (address filed with court:  Zions First National Bank,    1 South Main St., Ste. 1500,
               Salt Lake City, UT 84111)
3251981      +ZIONS FIRST NATIONAL BANK,    c/o Jennifer A Smith, Esq.,    Lionel Sawyer & Collins,
               50 West Liberty Street, Suite 1100,    Reno, NV 89501-1951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: HJustus@daca4.com Mar 24 2011 01:41:54     Debt Acquisition Company of America V, LLC,
               1565 Hotel Circle South,    Suite 310,    San Diego, CA 92108-3419
3141894      +E-mail/Text: pabrunner@commandsystemsinc.com Mar 24 2011 01:40:04      Advance Mining,
               Attn: Patty,    838 Third Street,    Oakmont, PA 15139-1938
3210579       E-mail/Text: pabrunner@commandsystemsinc.com Mar 24 2011 01:40:04      Advance Mining Services,
               A Division of Command Systems, Inc.,    Attn: Patty,    838 Third Street,    Oakmont, PA 15139-1938
3141906      +E-mail/Text: MichelleD@nusspro.com Mar 24 2011 01:40:14      CAP Logistics,    P.O. Box 22207,
               Salt Lake City, UT 84122-0207
3141914       E-mail/Text: candi.chavez@lpnt.net Mar 24 2011 01:40:40      Castleview Hospital,
               300 North Hospital Drive,    Price, UT 84501-4200
3141919      +E-mail/Text: alrish@coloniallife.com Mar 24 2011 01:40:28      Colonial Supplemental Insurance,
               PO Box 1365,    Columbia, SC 29202-1365
4059397      +E-mail/Text: HJustus@daca4.com Mar 24 2011 01:41:54     DEBT ACQUISITION COMPANY OF AMERICA,
               1565 HOTEL CIRCLE #310,    SAN DIEGO, CA 92108-3419
4084039      +E-mail/Text: HJustus@daca4.com Mar 24 2011 01:41:54     DEBT ACQUISITION COMPANY OF AMERICA,
               1565 HOTEL CIRCLE SOUTH #310,    SAN DIEGO, CA 92108-3419
3141960      +E-mail/Text: patr@ifa-coop.com Mar 24 2011 01:41:09      Intermountain Farmers Association,
               P.O. Box 30168,    Salt Lake City, UT 84130-0168
```

```
District/off: 0978-3           User: storylm              Page 5 of 5                  Date Rcvd: Mar 23, 2011
                               Form ID: pdf807            Total Noticed: 232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3142007       +E-mail/Text: bklaw@qwest.com Mar 24 2011 01:39:38     Qwest,    PO Box 29013,
               Phoenix, AZ 85038-9013
3142037        E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Mar 24 2011 01:38:39      United States Trustee,
               300 Booth Street #2129,    Reno, NV 89509
3142041        E-mail/Text: TXBANKRUPT@UTAH.GOV Mar 24 2011 01:40:04      Utah State Tax Commission,
               Attn: Bankruptcy Unit,    210 North 1950 West,    Salt Lake City, UT 84134-0400
                                                                                             TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           MCGUIREWOODS LLP
cr            COMMONWEALTH COAL SERVICES, INC
acc           CURTIS A ORGILL
cr            FRANCES PRICE
acc           GALLINA, LLP
cr            HOWARD KENT, INC PROFIT SHARING PLAN
cr            JERRY PRICE
cr            LEXINGTON INS. CO.,    NEW HAMPSHIRE INS. CO., NATIONAL UN FIRE
cr            MINERALS MANAGEMENT SERVICE
cr            PRICE MACHINE & REPAIR, INC.
cr            SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LA
crcm          THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
cr            UNITED STATES DEPARTMENT OF INTERIOR
3189795       Aaron Truscott
3189796       American Express
3189785*     +Jones, Waldo, et al.,    P.O. Box 45444,    Salt Lake City, UT 84145-0444
3165397*      Minewest Sales & Service,    PO Box 218,    Wellington, UT 84542-0218
3189786*     +Paul Giacoletto,    P.O. Box 233,    Price, UT 84501-0233
3165395*      Reis Environmental,    1995 South 4490 West,    Salt Lake City, UT 84104-4714
3189781*      Wells Fargo Auto Finance,    P.O. Box 29704,    Phoenix, AZ 85038-9704
3141899      ##+ARO Mining Products Inc. USA,    Attn: Paul Spetting,    201 Meadow Ridge Drive,
               Mt. Morris, PA 15349-9344
3141901      ##+Badlands Fab & Machine, Inc.,    475 North Frontage Road,    Helper, UT 84526-1743
3141927      ##+Davis Inotek Instruments, LLC,    4701 Mount Hope Drive,    Baltimore , MD 21215-3246
3141930      ##+Derald Riche,    749 Castle Gate Road,    Helper, UT 84526-1426
3142004      ##+Power Service of Utah,    Attn: Kathy Khoury,    1960 S. Milestone Drive unit C.,
               Salt Lake City, UT 84104-6540
                                                                               TOTALS: 15, * 5, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 25, 2011**              Signature:      _Joseph Speetjens_

NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
State Bar # CA 117234
WILLIAM B. COSSITT, #3484
OFFICE OF THE UNITED STATES TRUSTEE
USTPRegion17.RE.ECF@usdoj.gov
300 Booth Street, Room 3009
Reno NV 89509
Telephone: (775) 784-5335
Fax: (775) 784-5531

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | ) | Case no: BK-N-07-51378-GWZ |
|---|---|---|
| | ) | Chapter: 11 |
| HIDDEN SPLENDOR RESOURCES, INC., | ) | **NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7 OR DISMISS** |
| | ) | Hearing Date: April 20, 2011 |
| Debtor . | ) | Hearing Time: 2:00 p.m. |
| | | Est. Time: 10 minutes |

To: Debtor;  Debtor's counsel; and Parties in Interest

**NOTICE IS HEREBY GIVEN** that a MOTION TO CONVERT CASE OR DISMISS was filed on March 22, 2011, by the Acting United States Trustee.  The Motion seeks the following relief: Conversion or Dismissal of the case for cause due to the Debtor's  failure to comply with the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice, and the United States Trustee Program Guidelines.   Any Opposition must be filed pursuant to Local Rule 9014(d).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion **no later than 14 days** preceding the hearing date of this Motion .  If the hearing date has been set on less than 14 days' notice, then the opposition must be filed and served **no later than 7 business days** before the hearing.  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you <u>must</u> file a **WRITTEN** response to this pleading with the court. You <u>must</u> also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may <u>refuse to allow you to speak</u> at the scheduled hearing and;
- The court may <u>rule against you</u> without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Clifton Young Federal Building, 300 Booth Street, Bankruptcy Courtroom, First Floor, Reno, Nevada, on April 20, 2011, at the time of 2:00 p.m.

DATE: March 22, 2011.

/s/ **NICHOLAS STROZZA**
Attorney for the U.S. Trustee

**CERTIFICATE OF SERVICE**

1. On March 22, 2011, I served the foregoing NOTICE OF HEARING ON MOTION TO CONVERT OR DISMISS CASE

2. I served the above-named document by the following means to the persons as listed below:

☐ **a. ECF System** (attach Notice of Electronic Filing or list of persons & addresses):

GREG ADDINGTON greg.addington@usdoj.gov

LOUIS M. BUBALA lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

SARAH V. CARRASCO sarahcarrasco@kernltd.com

JANET L. CHUBB bsalinas@armstrongteasdale.com

MARK E FREEDLANDER mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com

KEEGAN G. LOW klow@rbslattys.com, czaehringer@rbslattys.com

EDMOND BUDDY MILLER bmiller@buddymillerlaw.com, staff@buddymillerlaw.com;lgendreau@buddymillerlaw.com;jlee@buddymillerlaw.com

William C. Price wprice@thorpreed.com

MICHAEL J. ROESCHENTHALER mroeschenthaler@mcguirewoods.com

JENNIFER A. SMITH bklscr@lionelsawyer.com, bklscr@lionelsawyer.com

GERALD H. SUNIVILLE gsuniville@vancott.com, rscott@vancott.com

ROLLIN G. THORLEY rollin.g.thorley@irscounsel.treas.gov

U.S. TRUSTEE - RN - 11 USTPRegion17.RE.ECF@usdoj.gov

JOHN WHITE bankruptcy@whitelawchartered.com, john@whitelawchartered.com;jen@whitelawchartered.com

☐ b. U.S. Mail, postage fully prepaid (list persons and addresses):

**HIDDEN SPLENDOR RESOURCES, INC.**
57 WEST, 200 SOUTH #400
SALT LAKE CITY, UT 84101

I declare under penalty of perjury that the foregoing is true and correct.

Signed: March 22, 2011.

/s/ Robbin Little
ROBBIN LITTLE